**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF SOUTH CAROLINA

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this an
amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/15

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1. | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | Joshua<br>First name<br><br>J<br>Middle name<br><br>Zollweg<br>Last name and Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br>Include your married or maiden names. | Josh Zollweg | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-9043 | |

Debtor 1    **Joshua J Zollweg**                                                   Case number *(if known)* _____

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

About Debtor 1:

■ I have not used any business name or EINs.

Business name(s)
_____

EINs
_____

About Debtor 2 (Spouse Only in a Joint Case):

☐ I have not used any business name or EINs.

Business name(s)
_____

EINs
_____

**5. Where you live**

**734 Milldenhall Rd**
**Mount Pleasant, SC 29464**
Number, Street, City, State & ZIP Code

**Charleston**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

If Debtor 2 lives at a different address:

_____
Number, Street, City, State & ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)
_____

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)
_____

Debtor 1    **Joshua J Zollweg**                                    Case number *(if known)*

---

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010))*. Also, go to the top of page 1 and check the appropriate box.

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8.** **How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

■ No.
☐ Yes.

| District | ___ | When | ___ | Case number | ___ |
|---|---|---|---|---|---|
| District | ___ | When | ___ | Case number | ___ |
| District | ___ | When | ___ | Case number | ___ |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No
☐ Yes.

| Debtor | ___ | | Relationship to you | ___ |
|---|---|---|---|---|
| District | ___ | When | Case number, if known | ___ |
| Debtor | ___ | | Relationship to you | ___ |
| District | ___ | When | Case number, if known | ___ |

**11.** **Do you rent your residence?**

■ No.    Go to line 12.
☐ Yes.   Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

   ☐ No. Go to line 12.
   ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

---

Debtor 1    **Joshua J Zollweg**                                      Case number *(if known)*

---

**Part 3:**    **Report About Any Businesses You Own as a Sole Proprietor**

---

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.    Go to Part 4.

☐ Yes.   Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

■ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

**Part 4:**    **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

---

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.   What is the hazard? _____

        If immediate attention is
needed, why is it needed? _____

        Where is the property? _____

                   Number, Street, City, State & Zip Code

---

Debtor 1    **Joshua J Zollweg**                                            Case number *(if known)*

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **15. Tell the court whether you have received a briefing about credit counseling.**<br><br>The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.<br><br>If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | *You must check one:*<br><br>☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>  ☐ **Incapacity.**<br>  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>  ☐ **Disability.**<br>  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>  ☐ **Active duty.**<br>  I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | *You must check one:*<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br><br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>  ☐ **Incapacity.**<br>  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>  ☐ **Disability.**<br>  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>  ☐ **Active duty.**<br>  I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

Debtor 1    **Joshua J Zollweg**    Case number *(if known)*

---

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.

☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

---

**17. Are you filing under Chapter 7?**

☐ No.    I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

■ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No

☐ Yes

---

**18. How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Joshua J Zollweg**

| | |
|---|---|
| **Joshua J Zollweg**<br>Signature of Debtor 1 | Signature of Debtor 2 |
| Executed on    **November 23, 2016**<br>MM / DD / YYYY | Executed on<br>MM / DD / YYYY |

---

Debtor 1   **Joshua J Zollweg**                                                     Case number *(if known)* _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Kevin Campbell**                                          Date   **November 23, 2016**
Signature of Attorney for Debtor                                      MM / DD / YYYY

**Kevin Campbell**
Printed name

**Campbell Law Firm, PA**
Firm name

**PO Box 684**
**Mt. Pleasant, SC 29465**
Number, Street, City, State & ZIP Code

Contact phone   **(843)884-6874**                          Email address   _____

**0030**
Bar number & State

---

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Joshua J Zollweg** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an
amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

| | **Your assets**<br>Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B............................................ | $              875,000.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B.................................. | $               33,680.16 |
| 1c. Copy line 63, Total of all property on Schedule A/B........................................... | $              908,680.16 |

### Part 2:    Summarize Your Liabilities

| | **Your liabilities**<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D...* | $            1,284,723.13 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $                3,400.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | $            1,032,219.26 |
| **Your total liabilities** | $            2,320,342.39 |

### Part 3:    Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*.............................................. | $                7,600.00 |
| 5. *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*......................................................... | $                7,990.33 |

### Part 4:    Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1    **Joshua J Zollweg**

Case number *(if known)* _____

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 3,400.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 3,400.00 |

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Joshua J Zollweg** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number | |

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
■ Yes.  Where is the property?

1.1
**734 Milldenhall Rd**
Street address, if available, or other description

**Mount Pleasant    SC    29464-0000**
City                State      ZIP Code

**Charleston**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Value listed in Joint**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $875,000.00 | $875,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here...........................................................................=>**

| $875,000.00 |
|---|

**Part 2:** Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **Joshua J Zollweg**                                                    Case number *(if known)*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

| | | | |
|---|---|---|---|
| 3.1 | Make: **BMW** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Model: **X5** | ■ Debtor 1 only | |
| | Year: **2005** | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Approximate mileage: **160,000** | ☐ Debtor 1 and Debtor 2 only | |
| | Other information: | ☐ At least one of the debtors and another | |
| | Value based on appraisal by Jackson L. Cobb, SRA, CCIM | ☐ Check if this is community property (see instructions) | **$4,800.00**    **$4,800.00** |

| | | | |
|---|---|---|---|
| 3.2 | Make: **Chevy** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Model: **Suburban** | ☐ Debtor 1 only | |
| | Year: **2008** | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Approximate mileage: **170,000** | ☐ Debtor 1 and Debtor 2 only | |
| | Other information: | ■ At least one of the debtors and another | |
| | Value based on appraisal by Jackson L. Cobb, SRA, CCIM | ☐ Check if this is community property (see instructions) | **$9,000.00**    **$9,000.00** |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for
   pages you have attached for Part 2. Write that number here...........................................................=>    | **$13,800.00** |

| **Part 3:** | Describe Your Personal and Household Items |
|---|---|

| Do you own or have any legal or equitable interest in any of the following items? | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

| Miscellaneous Household Goods Value listed is Joint Value based on appraisal by Jackson L. Cobb, SRA, CCIM | **$10,481.00** |
|---|---|

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes. Describe.....

| Miscellaneous Electronics Value listed is Joint Value based on appraisal by Jackson L. Cobb, SRA, CCIM | **$830.00** |
|---|---|

Debtor 1    **Joshua J Zollweg** _____    Case number *(if known)* _____

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections;
   other collections, memorabilia, collectibles
   ■ No
   ☐ Yes.  Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools;
   musical instruments
   ☐ No
   ■ Yes.  Describe.....

   | Golf Clubs and Bicycle | $275.00 |
   |---|---|

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes.  Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes.  Describe.....

    | Clothing | $500.00 |
    |---|---|

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes.  Describe.....

    | Wedding Band | $300.00 |
    |---|---|

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ■ Yes.  Describe.....

    | Dog, Neutered | $0.00 |
    |---|---|

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes.  Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached
    for Part 3. Write that number here** ..............................................................................

    | $12,386.00 |
    |---|

| **Part 4:** | Describe Your Financial Assets |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ■ Yes.................................................................................................................

Debtor 1   **Joshua J Zollweg**                                                          Case number *(if known)*

| | **Cash** | **$146.00** |
|---|---|---|

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

■ Yes.......................                              Institution name:

| 17.1. | **Checking** | **BNC (1901)** | **$1,418.76** |
|---|---|---|---|
| 17.2. | **Savings** | **USAA (1176)** | **$36.25** |
| 17.3. | **Business Checking** | **BNC (6480) for Moss Construction**<br>**Account Balance: $78.50**<br>**Value listed is Debtor's Interest** | **$0.00** |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

■ No

☐ Yes..................                    Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No

■ Yes.  Give specific information about them...................

Name of entity:                                          % of ownership:

| **Moss Construction of the Lowcountry, LLC**<br>**Assets: $553,700**<br>**Liabilities: Approx. $1Mil** | **100** % | **Unknown** |
|---|---|---|

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

■ No

☐ Yes. Give specific information about them

Issuer name:

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No

■ Yes. List each account separately.

Type of account:                    Institution name:

| **Roth IRA** | **USAA** | **$133.83** |
|---|---|---|

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

■ No

☐ Yes. ....................                    Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

■ No

☐ Yes.............      Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor 1    **Joshua J Zollweg**                                              Case number *(if known)*

☐ No
■ Yes.............        Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

| | |
|---|---:|
| **USAA 529 Account for J. Zollweg** | **$418.30** |
| **USAA 529 Account for L. Zollweg** | **$415.98** |
| **USAA 529 Account for M. Zollweg** | **$415.64** |

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
■ No
☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
■ No
☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
■ No
☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
■ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
■ No
☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
    benefits; unpaid loans you made to someone else
■ No
☐ Yes.  Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
☐ No
■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---:|
| **USAA 20yr Term Policy** **No Cash Value** | **Christine Zollweg** | **$0.00** |

| Debtor 1 | **Joshua J Zollweg** | Case number *(if known)* |
|---|---|---|

| | | |
|---|---|---|
| Met Life Insurance Policy<br>Cash Value: $16,541.95<br>Subject to Loan: $12,732.47<br>Surrender Cash Value: $3,809.40<br>Values Based on September 2016<br>Quarterly Statement | Christine Zollweg | $3,809.40 |

32. **Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
   ■ No
   ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
   ■ No
   ☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
   ■ No
   ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
   ■ No
   ☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**.................................................................................................................

|  |
|---|
| $6,794.16 |

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**
   ☐ No. Go to Part 6.
   ■ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**
   ■ No
   ☐ Yes.  Describe.....

39. **Office equipment, furnishings, and supplies**
   *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
   ■ No
   ☐ Yes.  Describe.....

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
   ☐ No
   ■ Yes.  Describe.....

| Basic Tools Used for Business | $700.00 |
|---|---|

41. **Inventory**
   ■ No

Debtor 1     **Joshua J Zollweg**                                             Case number *(if known)*

☐ Yes.  Describe.....

42.  **Interests in partnerships or joint ventures**
  ■ No
  ☐ Yes.  Give specific information about them...................
              Name of entity:                                    % of ownership:

43.  **Customer lists, mailing lists, or other compilations**
  ■ No.
  ☐ **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

      ■ No
      ☐ Yes.  Describe.....

44.  **Any business-related property you did not already list**
  ■ No
  ☐ Yes. Give specific information.........

45.  **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
     for Part 5. Write that number here**...............................................................................................

| | |
|---|---|
| | **$700.00** |

| | |
|---|---|
| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
| | If you own or have an interest in farmland, list it in Part 1. |

46.  **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
  ■ No. Go to Part 7.
  ☐ Yes.  Go to line 47.

| | |
|---|---|
| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |

53.  **Do you have other property of any kind you did not already list?**
     *Examples:* Season tickets, country club membership
  ■ No
  ☐ Yes. Give specific information.........

54.  **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................

| | |
|---|---|
| | **$0.00** |

| | |
|---|---|
| **Part 8:** | **List the Totals of Each Part of this Form** |

| | | | |
|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ....................................................................................................... | | **$875,000.00** |
| 56. | **Part 2: Total vehicles, line 5** | **$13,800.00** | |
| 57. | **Part 3: Total personal and household items, line 15** | **$12,386.00** | |
| 58. | **Part 4: Total financial assets, line 36** | **$6,794.16** | |
| 59. | **Part 5: Total business-related property, line 45** | **$700.00** | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | |
| 61. | **Part 7: Total other property not listed, line 54** | + **$0.00** | |
| 62. | **Total personal property.** Add lines 56 through 61... | **$33,680.16** | Copy personal property total |
| | | | **$33,680.16** |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62 | | **$908,680.16** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Joshua J Zollweg** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number | |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt 4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **2005 BMW X5 160,000 miles**<br>Value based on appraisal by Jackson L. Cobb, SRA, CCIM<br>Line from *Schedule A/B*: **3.1** | $4,800.00 | ■ $4,634.50<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(7) |
| **2008 Chevy Suburban 170,000 miles**<br>Value based on appraisal by Jackson L. Cobb, SRA, CCIM<br>Line from *Schedule A/B*: **3.2** | $9,000.00 | ■ $4,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(2) |
| **Miscellaneous Household Goods**<br>Value listed is Joint Value based on appraisal by Jackson L. Cobb, SRA, CCIM<br>Line from *Schedule A/B*: **6.1** | $10,481.00 | ■ $4,725.00<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(3) |
| **Miscellaneous Household Goods**<br>Value listed is Joint Value based on appraisal by Jackson L. Cobb, SRA, CCIM<br>Line from *Schedule A/B*: **6.1** | $10,481.00 | ■ $575.50<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(7) |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor 1   **Joshua J Zollweg**

Case number (if known)

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **Miscellaneous Electronics**<br>**Value listed is Joint Value based on appraisal by Jackson L. Cobb, SRA, CCIM**<br>Line from *Schedule A/B*: **7.1** | $830.00 | ■ | $415.00 | **S.C. Code Ann. §**<br>**15-41-30(A)(7)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Golf Clubs and Bicycle**<br>Line from *Schedule A/B*: **9.1** | $275.00 | ■ | $275.00 | **S.C. Code Ann. §**<br>**15-41-30(A)(7)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Wedding Band**<br>Line from *Schedule A/B*: **12.1** | $300.00 | ■ | $300.00 | **S.C. Code Ann. §**<br>**15-41-30(A)(4)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Cash**<br>Line from *Schedule A/B*: **16.1** | $146.00 | ■ | $146.00 | **S.C. Code Ann. §**<br>**15-41-30(A)(5)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Checking: BNC (1901)**<br>Line from *Schedule A/B*: **17.1** | $1,418.76 | ■ | $1,418.76 | **S.C. Code Ann. §**<br>**15-41-30(A)(5)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Savings: USAA (1176)**<br>Line from *Schedule A/B*: **17.2** | $36.25 | ■ | $36.25 | **S.C. Code Ann. §**<br>**15-41-30(A)(5)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Roth IRA: USAA**<br>Line from *Schedule A/B*: **21.1** | $133.83 | ■ | $133.83 | **11 U.S.C. § 522(b)(3)(C)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **USAA 529 Account for J. Zollweg**<br>Line from *Schedule A/B*: **24.1** | $418.30 | ■ | $418.30 | **S.C. Code Ann. § 59-4-40** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **USAA 529 Account for L. Zollweg**<br>Line from *Schedule A/B*: **24.2** | $415.98 | ■ | $415.98 | **S.C. Code Ann. § 59-4-40** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **USAA 529 Account for M. Zollweg**<br>Line from *Schedule A/B*: **24.3** | $415.64 | ■ | $415.64 | **S.C. Code Ann. § 59-4-40** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **USAA 20yr Term Policy**<br>**No Cash Value**<br>**Beneficiary: Christine Zollweg**<br>Line from *Schedule A/B*: **31.1** | $0.00 | ■ | $0.00 | **S.C. Code Ann. §**<br>**15-41-30(A)(8)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **Joshua J Zollweg**

Case number (if known)

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Met Life Insurance Policy**<br>**Cash Value: $16,541.95**<br>**Subject to Loan: $12,732.47**<br>**Surrender Cash Value: $3,809.40**<br>**Values Based on Septemeber 2016**<br>**Quarterly Statement**<br>**Beneficiary: Christine Zollweg**<br>Line from *Schedule A/B*: **31.2** | $3,809.40 | ■ $3,809.40<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. §38-63-40(A)** |
| **Met Life Insurance Policy**<br>**Cash Value: $16,541.95**<br>**Subject to Loan: $12,732.47**<br>**Surrender Cash Value: $3,809.40**<br>**Values Based on Septemeber 2016**<br>**Quarterly Statement**<br>**Beneficiary: Christine Zollweg**<br>Line from *Schedule A/B*: **31.2** | $3,809.40 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. §**<br>**15-41-30(A)(8)** |
| **Basic Tools Used for Business**<br>Line from *Schedule A/B*: **40.1** | $700.00 | ■ $700.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. §**<br>**15-41-30(A)(6)** |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

      ☐ No

      ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Joshua J Zollweg** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property                     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|

| 2.1 | **ABC Supply Corp** | $38,697.73 | $0.00 | $38,697.73 |
|---|---|---|---|---|

Creditor's Name

**c/o Hays Poltor & Martin
3945 Holcomb Bridge Rd
Ste 300
Norcross, GA 30092**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**Personal Guarantee of Business Debt
Chas Co Judgment
2016CP1002948**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred _____    Last 4 digits of account number    **0266**

| 2.2 | **Branch Bank & Trust** | $175,199.00 | $875,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Po Box 2027
Greenville, SC 29602**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**734 Milldenhall Rd Mount Pleasant,
SC 29464  Charleston County
Value listed in Joint**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor 1 | **Joshua J Zollweg** | | | Case number *(if know)* | | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

| | **Opened 07/03  Last Active** | | | |
|---|---|---|---|---|
| Date debt was incurred | **8/18/16** | Last 4 digits of account number | **9867** | |

---

| 2.3 | **Buck Lumber** | Describe the property that secures the claim: | **$200,000.00** | **$0.00** | **$200,000.00** |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

Describe the property that secures the claim:

**Business Debt
Pending Lawsuits Chas Co
2016CP1003798
2016CP1004204
2016CP1004257
2016CP1004259
2016CP1004274
2016CP1004362**

**1911 Maybank Hwy
Charleston, SC 29412**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

| Date debt was incurred | | Last 4 digits of account number | **SC40** |
|---|---|---|---|

---

| 2.4 | **Carolina Climate Masters, LLC** | Describe the property that secures the claim: | **$7,589.69** | **$0.00** | **$7,589.69** |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

**c/o Brendan Langendorfer
PO Box 225
Charleston, SC 29402**

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

**Chas Co. Judgment
2010CP1008712**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

| Date debt was incurred | **12/30/10** | Last 4 digits of account number | |
|---|---|---|---|

---

| 2.5 | **First Citizens Bank** | Describe the property that secures the claim: | **$293,876.00** | **$875,000.00** | **$0.00** |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

**P O Box 29
Columbia, SC 29202**

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

**734 Milldenhall Rd Mount Pleasant,
SC 29464  Charleston County
Value listed in Joint**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.

Nature of lien. Check all that apply.

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **Joshua J Zollweg** _____     Case number (if know) _____

First Name          Middle Name          Last Name

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

| | |
|---|---|
| **Opened 7/24/07 Last Active 12/30/09** | |
| Date debt was incurred | Last 4 digits of account number **6446** |

---

| 2.6 | **First Citizens Bank** | Describe the property that secures the claim: | $35,752.41 | $0.00 | $35,752.41 |
|---|---|---|---|---|---|

Creditor's Name

**Business Debt**

**PO Box 25187
Raleigh, NC 27611-5187**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred _____     Last 4 digits of account number **4273**

---

| 2.7 | **First Citizens Bank &** | Describe the property that secures the claim: | $88,099.23 | $0.00 | $88,099.23 |
|---|---|---|---|---|---|

Creditor's Name

**Chas Co. Judgment
2009-CP-10-8147**

**Attn: Dept# 994019
Po Box 29
Columbia, SC 29202**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

| | |
|---|---|
| **Opened 05/06  Last Active 9/29/10** | |
| Date debt was incurred | Last 4 digits of account number **7009** |

---

| 2.8 | **First Citizens Bank &** | Describe the property that secures the claim: | $349,929.07 | $0.00 | $349,929.07 |
|---|---|---|---|---|---|

Creditor's Name

**Chas Co Judgment
2010CP1005470**

**100 E Tryon Rd
Raleigh, NC 27603**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent

---

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 5

Debtor 1   **Joshua J Zollweg**
     First Name       Middle Name       Last Name

Case number (if know) _____

_____
Number, Street, City, State & Zip Code

☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
   car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

|  |  |
|---|---|
| **Opened 04/05  Last Active 6/09/16** | |
| Date debt was incurred | Last 4 digits of account number   **2808** |

---

| 2.9 | **First Citizens Bank &** | Describe the property that secures the claim: | $88,000.00 | $0.00 | $88,000.00 |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

**Chas Co Judgment
2010CP1005470**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**100 E Tryon Rd
Raleigh, NC 27603**
Number, Street, City, State & Zip Code

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
   car loan)

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

|  |  |
|---|---|
| **Opened 04/05  Last Active 6/09/16** | |
| Date debt was incurred | Last 4 digits of account number   **2808** |

---

| 2.10 | **Southern Lumber & Millwork Co** | Describe the property that secures the claim: | $7,580.00 | $0.00 | $7,580.00 |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

**Business Debt
Chas. Co. Judgment
2016CV10600619**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**PO Box 20039
Charleston, SC
29413-0039**
Number, Street, City, State & Zip Code

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
   car loan)

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

| Date debt was incurred | Last 4 digits of account number   **S500** |
|---|---|

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$1,284,723.13** |
|---|---|

| Debtor 1 | **Joshua J Zollweg** | | | Case number (if know) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:

$1,284,723.13

| **Part 2:** | **List Others to Be Notified for a Debt That You Already Listed** |

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐ Name, Number, Street, City, State & Zip Code
**Buist Byars & Taylor**
**652 Coleman Blvd, Ste 200**
**Mount Pleasant, SC 29464**

On which line in Part 1 did you enter the creditor?   **2.8**

Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**Buist Byars & Taylor**
**652 Coleman Blvd, Ste 200**
**Mount Pleasant, SC 29464**

On which line in Part 1 did you enter the creditor?   **2.9**

Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**Finkel Law Firm**
**PO Box 71727**
**North Charleston, SC 29415**

On which line in Part 1 did you enter the creditor?   **2.4**

Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**Korn Law Firm, PA**
**PO Box 11264**
**Columbia, SC 29211**

On which line in Part 1 did you enter the creditor?   **2.8**

Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**Korn Law Firm, PA**
**PO Box 11264**
**Columbia, SC 29211**

On which line in Part 1 did you enter the creditor?   **2.9**

Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**Robert A Bernstein**
**PO Box 20519**
**Charleston, SC 29413**

On which line in Part 1 did you enter the creditor?   **2.1**

Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**Steven L. Smith, Esq**
**PO Box 40578**
**Charleston, SC 29423**

On which line in Part 1 did you enter the creditor?   **2.3**

Last 4 digits of account number ___

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Joshua J Zollweg** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**

    ☐ No. Go to Part 2.

    ☐ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

    (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| 2.1 | **Internal Revenue Service** | Last 4 digits of account number _____ | $3,400.00 | $3,400.00 | $0.00 |
| | Priority Creditor's Name | | | | |
| | **Insolvency Group 6** | When was the debt incurred?    2014 | | | |
| | **MDP 39** | | | | |
| | **1835 Assembly Street** | | | | |
| | **Columbia, SC 29201** | | | | |
| | Number Street City State ZIp Code | As of the date you file, the claim is: Check all that apply | | | |
| | **Who incurred the debt? Check one.** | ☐ Contingent | | | |
| | ☐ Debtor 1 only | ☐ Unliquidated | | | |
| | ☐ Debtor 2 only | ☐ Disputed | | | |
| | ☐ Debtor 1 and Debtor 2 only | **Type of PRIORITY unsecured claim:** | | | |
| | ■ At least one of the debtors and another | ☐ Domestic support obligations | | | |
| | ☐ **Check if this claim is for a  community debt** | ■ Taxes and certain other debts you owe the government | | | |
| | **Is the claim subject to offset?** | ☐ Claims for death or personal injury while you were intoxicated | | | |
| | ■ No | ☐ Other. Specify _____ | | | |
| | ☐ Yes | | | | |

### Part 2:    List All of Your NONPRIORITY Unsecured Claims

3.  **Do any creditors have nonpriority unsecured claims against you?**

    ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

    ☐ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | Total claim |
|---|---|

Debtor 1   **Joshua J Zollweg**

Case number (if know) _____

---

**4.1** | **84 Lumber** | Last 4 digits of account number | **0700** | **$25,000.00**

Nonpriority Creditor's Name
**704 Johnnie Dodds Blvd**
**Mount Pleasant, SC 29464**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

**4.2** | **A. Ramos Brick & Block** | Last 4 digits of account number | | **$0.00**

Nonpriority Creditor's Name
**14 Westfield Ave**
**Goose Creek, SC 29445**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

**4.3** | **Access Toilets** | Last 4 digits of account number | | **$0.00**

Nonpriority Creditor's Name
**3753 Ashley Phosphate Rd**
**North Charleston, SC 29418**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

Debtor 1    **Joshua J Zollweg**                                                                    Case number (if know)

---

| 4.4 | **All About Garage Doors** | Last 4 digits of account number | | $5,000.00 |

Nonpriority Creditor's Name
**10320 Hwy 78 East**
**Summerville, SC 29483**

When was the debt incurred?

Number Street City State Zip Code
**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business Debt**

---

| 4.5 | **American Residential Services** | Last 4 digits of account number | | $18,094.98 |

Nonpriority Creditor's Name
**c/o Tyler Cassell Jackson Peace &**
**Silver**
**P.O. Box 11656**
**Columbia, SC 29211**

When was the debt incurred?

Number Street City State Zip Code
**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

**Judgment Against Moss Construction of the Lowcountry, LLC Chas Co Judgment 2010CP1009344**

☐ Yes

■ Other. Specify

---

| 4.6 | **Amex** | Last 4 digits of account number | 1203 | $4,124.00 |

Nonpriority Creditor's Name
**Correspondence**
**Po Box 981540**
**El Paso, TX 79998**

When was the debt incurred?    **Opened 08/05  Last Active 8/19/16**

Number Street City State Zip Code
**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Credit Card**

---

Debtor 1   **Joshua J Zollweg**

Case number (if know)

---

| 4.7 | **Anchor Consulting Engineers, LLC** | Last 4 digits of account number | | $4,825.00 |

Nonpriority Creditor's Name

**PO Box 61166**
**North Charleston, SC 29419**

When was the debt incurred?

Number Street City State Zlp Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

Is the claim subject to offset?

☐ Student loans

■ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt**

---

| 4.8 | **Bank Of America** | Last 4 digits of account number | 4635 | $0.00 |

Nonpriority Creditor's Name

**Nc4-105-03-14**
**Po Box 26012**
**Greensboro, NC 27410**

When was the debt incurred?   **Opened 01/02  Last Active 12/08**

Number Street City State Zlp Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

Is the claim subject to offset?

☐ Student loans

■ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Check Credit Or Line Of Credit**

---

| 4.9 | **Bb&t** | Last 4 digits of account number | 1001 | $0.00 |

Nonpriority Creditor's Name

**Po Box 1847**
**Wilson, NC 27894**

When was the debt incurred?   **Opened 04/08  Last Active 2/27/12**

Number Street City State Zlp Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

Is the claim subject to offset?

☐ Student loans

■ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Automobile**

---

Debtor 1   **Joshua J Zollweg**

Case number (*if know*)

---

| 4.1 0 | **Bird Hardware** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name

**1081 Morrison Dr**
**Charleston, SC 29403**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt**

---

| 4.1 1 | **Brannen Poe** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name

**31 Riverdale**
**Charleston, SC 29407**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify

---

| 4.1 2 | **Brian & Carrie Robinson** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name

**1832 West Canning Dr**
**Mount Pleasant, SC 29466**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify

---

Debtor 1    **Joshua J Zollweg**

Case number (if know) _____

| 4.1 3 | **Buck Lumber** | Last 4 digits of account number | **SC40** | | **$100,000.00** |

Nonpriority Creditor's Name

**1911 Maybank Hwy**
**Charleston, SC 29412**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

**Business Debt**
**Pending Lawsuits Chas Co**
**2016CP1003798**
**2016CP1004204**
**2016CP1004257**
**2016CP1004259**
**2016CP1004274**

☐ Yes

■ Other. Specify     **2016CP1004362**

| 4.1 4 | **C&B Electric** | Last 4 digits of account number | | | **$0.00** |

Nonpriority Creditor's Name

**PO Box 3259**
**Summerville, SC 29484**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify     **Business Debt**

| 4.1 5 | **Carolina Custom Security** | Last 4 digits of account number | | | **$7,000.00** |

Nonpriority Creditor's Name

**P.O. Box 1784**
**Summerville, SC 29485**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify     **Business Debt**

Debtor 1    **Joshua J Zollweg**                                                                          Case number *(if know)*

---

**4.1 6**

**Carolina Lanterns**

Nonpriority Creditor's Name

**PO Box 317**
**Mount Pleasant, SC 29465**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

Last 4 digits of account number _____                    $0.00

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify    **Business Debt**

---

**4.1 7**

**Chad Besenfelder**

Nonpriority Creditor's Name

**114 Latitude Ln**
**Mount Pleasant, SC 29464**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

Last 4 digits of account number _____                    $0.00

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify    _____

---

**4.1 8**

**Charleston Heating & Air**

Nonpriority Creditor's Name

**2201 Mechanic St**
**North Charleston, SC 29405**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

Last 4 digits of account number _____                    $41,425.00

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify    **Business Debt**

---

Debtor 1    **Joshua J Zollweg**

Case number (if know)

---

| 4.19 | **Chase Bank Usa, Na** | Last 4 digits of account number | **5649** | **$10,730.00** |

Nonpriority Creditor's Name

**Po Box 15298**
**Wilmington, DE 19850**

When was the debt incurred?    **Opened 11/13  Last Active 06/16**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card**

---

| 4.20 | **Chase Bank Usa, Na** | Last 4 digits of account number | **4935** | **$0.00** |

Nonpriority Creditor's Name

**Po Box 15298**
**Wilmington, DE 19850**

When was the debt incurred?    **Opened 02/07  Last Active 3/11/12**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card**

---

| 4.21 | **Chris & Molly Finn** | Last 4 digits of account number | | **$0.00** |

Nonpriority Creditor's Name

**c/o Finn Bowling Investments**
**9 Lowndes Point**
**Charleston, SC 29403**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify

---

Debtor 1    **Joshua J Zollweg**                                                    Case number *(if know)*

---

**4.2
2**    **Citibank/Best Buy**    Last 4 digits of account number    **3298**    $0.00

Nonpriority Creditor's Name
**Centralized Bankruptcy/CitiCorp
Credit S**    When was the debt incurred?    **Opened 02/05  Last Active
6/14/06**
**Po Box 790040
St Louis, MO 63179**

Number Street City State Zip Code    As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only    ☐ Contingent
☐ Debtor 2 only    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only    ☐ Disputed
☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**    ☐ Student loans
**debt**    ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?    report as priority claims

■ No    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes    ■ Other. Specify    **Credit Card**

---

**4.2
3**    **Clarke Design Group**    Last 4 digits of account number    $0.00

Nonpriority Creditor's Name
**1000 Johnnie Dodds Blvd Ste
103-1994**    When was the debt incurred?
**Mount Pleasant, SC 29464**

Number Street City State Zip Code    As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only    ☐ Contingent
☐ Debtor 2 only    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only    ☐ Disputed
■ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**    ☐ Student loans
**debt**    ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?    report as priority claims

■ No    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes    ■ Other. Specify    **361 N Shelmore Blvd**

---

**4.2
4**    **Classic Quality Paints**    Last 4 digits of account number    $610.00

Nonpriority Creditor's Name
**379 Fernhouse Walk
Mount Pleasant, SC 29464**    When was the debt incurred?

Number Street City State Zip Code    As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only    ☐ Contingent
☐ Debtor 2 only    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only    ☐ Disputed
■ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**    ☐ Student loans
**debt**    ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?    report as priority claims

■ No    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes    ■ Other. Specify    **Business Debt**

---

Debtor 1    **Joshua J Zollweg**

Case number (if know)

| | | |
|---|---|---|
| **4.2 5** | **Coastal Engineering & Testing** | $0.00 |

Last 4 digits of account number

Nonpriority Creditor's Name

**1279 Remount Rd**
**Charleston, SC 29406**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business Debt**

---

| | | |
|---|---|---|
| **4.2 6** | **Cosmos Construction** | $15,000.00 |

Last 4 digits of account number

Nonpriority Creditor's Name

**221 Farm Rd**
**Goose Creek, SC 29445**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business Debt**

---

| | | |
|---|---|---|
| **4.2 7** | **Craig & Linda Rhyne** | $0.00 |

Last 4 digits of account number

Nonpriority Creditor's Name

**901 Simmons St**
**Mount Pleasant, SC 29464**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify

---

Debtor 1    **Joshua J Zollweg**                                                                                    Case number *(if know)*

---

**4.2
8**

**Creighton Likes**                                    Last 4 digits of account number _____                    **$27,000.00**

Nonpriority Creditor's Name

**1 King St**                                          **When was the debt incurred?** _____
**Charleston, SC 29401**

Number Street City State Zip Code                      **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                                        ☐ Contingent

☐ Debtor 2 only                                        ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                           ☐ Disputed

☐ At least one of the debtors and another              **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**           ☐ Student loans
**debt**                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                    report as priority claims

■ No                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                  ■ Other. Specify   **Loan from Brother for Business**

---

**4.2
9**

**Cynthia Walker**                                     Last 4 digits of account number _____                    **$0.00**

Nonpriority Creditor's Name

**406 Rose Wilder Ln**                                 **When was the debt incurred?** _____
**Mount Pleasant, SC 29464**

Number Street City State Zip Code                      **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                                        ☐ Contingent

☐ Debtor 2 only                                        ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                           ☐ Disputed

■ At least one of the debtors and another              **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**           ☐ Student loans
**debt**                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                    report as priority claims

■ No                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                  ■ Other. Specify   _____

---

**4.3
0**

**Darren & Carrie Messer**                             Last 4 digits of account number _____                    **$0.00**

Nonpriority Creditor's Name

**548 Parrot Point Dr**                                **When was the debt incurred?** _____
**Charleston, SC 29412**

Number Street City State Zip Code                      **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                                        ☐ Contingent

☐ Debtor 2 only                                        ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                           ☐ Disputed

■ At least one of the debtors and another              **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**           ☐ Student loans
**debt**                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                    report as priority claims

■ No                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                  ■ Other. Specify   _____

---

Debtor 1   **Joshua J Zollweg**

Case number (if know) _____

| 4.3 1 | **Dawkins Plumbing** | | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**3600 Bagley Dr**
**Mount Pleasant, SC 29466**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt**

---

| 4.3 2 | **Dixon Hughes Goodman** | | Last 4 digits of account number _____ | $1,700.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**525 E Bay Street, Suite 100**
**Charleston, SC 29401**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt**

---

| 4.3 3 | **DL1-DL2** | | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Brad Davis & Melissa Lennox**
**Charleston, SC 29403**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   _____

---

Debtor 1    **Joshua J Zollweg**

Case number *(if know)*

---

4.3
4

**DLV Roofing & Exteriors**

Nonpriority Creditor's Name

**c/o HBS, PC**
**40 Calhoun St, Ste 550**
**Charleston, SC 29401**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt**

$13,475.00

---

4.3
5

**Dr Laura Stojanov**

Nonpriority Creditor's Name

**411 Rose Wilder Ln**
**Mount Pleasant, SC 29464**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify

$0.00

---

4.3
6

**Eagle Metals Mfg, Inc.**

Nonpriority Creditor's Name

**PO Box 6444**
**Spartanburg, SC 29304**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt**

$21,673.90

---

Debtor 1    **Joshua J Zollweg**                                        Case number *(if know)*

---

| 4.3 7 | | | |
|---|---|---|---|

**Ebros Supply**

Nonpriority Creditor's Name

**PO Box 214**
**Isle of Palms, SC 29451**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **$15,000.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt**

---

| 4.3 8 | | | |
|---|---|---|---|

**Energy One America**

Nonpriority Creditor's Name

**454 Jessens Dr**
**Charleston, SC 29492**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **$18,705.56**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt**
**Judgment Against Moss Construction, LLC**
**Chas Co Judgment**
**2016CP1003345**

---

| 4.3 9 | | | |
|---|---|---|---|

**Envirofoam Tech**

Nonpriority Creditor's Name

**PO Box 631**
**Pooler, GA 31322**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **$9,600.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt**

---

Debtor 1   **Joshua J Zollweg**                                                                 Case number (if know) _____

---

**4.40**

| **Ferguson Enterprises, Inc.** | Last 4 digits of account number **5957** | **$5,519.96** |

Nonpriority Creditor's Name
**4711 Rivers Ave**
**North Charleston, SC 29405**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt**
**Chas Co. Pending Lawsuit**
**2016CV1011501062**

---

**4.41**

| **Fireplaces Plus** | Last 4 digits of account number _____ | **$4,000.00** |

Nonpriority Creditor's Name
**5104 N Rhett Ave**
**North Charleston, SC 29405**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **361 N Shelmore Blvd**

---

**4.42**

| **Gene & Julia Saylors** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**731 Olde Central Way**
**Mount Pleasant, SC 29464**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  _____

---

Debtor 1    **Joshua J Zollweg**                                                                    Case number (if know)

| 4.4 3 | **Glass Etc** | **Last 4 digits of account number** | | **$0.00** |

Nonpriority Creditor's Name

**PO Box 1841**
**Mount Pleasant, SC 29465**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt**

---

| 4.4 4 | **Graphically Speaking** | **Last 4 digits of account number** | | **$0.00** |

Nonpriority Creditor's Name

**PO Box 1448**
**Mount Pleasant, SC 29465**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt**

---

| 4.4 5 | **Harriet Matthews** | **Last 4 digits of account number** | | **$0.00** |

Nonpriority Creditor's Name

**402 Rose Wilder Ln**
**Mount Pleasant, SC 29464**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify

---

Debtor 1    **Joshua J Zollweg**

Case number (if know)

| | | | |
|---|---|---|---|
| 4.4 6 | **Harvest Associates I** | Last 4 digits of account number | **8609** | **$1,036.00** |

**Harvest Associates I**
Nonpriority Creditor's Name

Number Street City State Zip Code

**When was the debt incurred?**    **Opened 10/12  Last Active 06/11**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical Debt Charleston Anes**

---

| 4.4 7 | **Heron Reserve Apartments** | Last 4 digits of account number | | $1,800.00 |
|---|---|---|---|---|

**Heron Reserve Apartments**
Nonpriority Creditor's Name
**3301 Glenn McConnell Pkwy
Charleston, SC 29414**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

| 4.4 8 | **Hughes Lumber & Building Supply Co** | Last 4 digits of account number | **7595** | $511.48 |
|---|---|---|---|---|

**Hughes Lumber & Building Supply Co**
Nonpriority Creditor's Name
**82 Mary St
Charleston, SC 29403**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

Debtor 1   **Joshua J Zollweg**

Case number (if know)

---

**4.4 9**

**I'on Trust Corp**
Nonpriority Creditor's Name

**OBRION'S**
**Attn: Chad**
**361 N Shelmore Blvd**
**Mount Pleasant, SC 29464**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **361 N Shelmore Blvd**

$2,100.00

---

**4.5 0**

**IC Systems, Inc**
Nonpriority Creditor's Name

**444 Highway 96 East**
**St Paul, MN 55127**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **8002**

When was the debt incurred?   **Opened 09/12  Last Active 06/11**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Collection Attorney Roper Radiologi**

$198.00

---

**4.5 1**

**Jaime & Sallie Deveaux**
Nonpriority Creditor's Name

**263 Bampfield Dr**
**Mount Pleasant, SC 29464**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

$0.00

---

Debtor 1    **Joshua J Zollweg**

Case number (if know)

---

**4.5
2**

**Jim & Paige Calla**

Nonpriority Creditor's Name

**944 Equestrian**
**Mount Pleasant, SC 29464**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____        $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

**4.5
3**

**Jim & Peggy Hare**

Nonpriority Creditor's Name

**415 Rose Wilder Ln**
**Mount Pleasant, SC 29464**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____        $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

**4.5
4**

**Jody Millis**

Nonpriority Creditor's Name

**405 Rose Wilder Ln**
**Mount Pleasant, SC 29464**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____        $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

Debtor 1    **Joshua J Zollweg**

Case number (if know) _____

---

| 4.5 5 | **KJ Appliances** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name

**PO Box 1365**
**Mount Pleasant, SC 29465**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt**

---

| 4.5 6 | **Laura Shapiro** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name

**401 Rose Wilder Ln**
**Mount Pleasant, SC 29464**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    _____

---

| 4.5 7 | **Lori Reynolds Bayer** | Last 4 digits of account number _____ | $1,600.00 |

Nonpriority Creditor's Name

**613 Daggett St**
**Charleston, SC 29492**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**Business Debt**
**Chas Co Small Claims Court**
**2016CV1010600905**
■ Other. Specify    **Pending**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1  **Joshua J Zollweg**

---

**4.5 8**

**Mark & Janet Fish**

Nonpriority Creditor's Name

**2976 Sturbridge Rd**
**Mount Pleasant, SC 29464**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**                                    **$0.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify

---

**4.5 9**

**Matt & Andrea Makismowitz**

Nonpriority Creditor's Name

**918 Baytree Dr**
**Mount Pleasant, SC 29464**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**                                    **$0.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify

---

**4.6 0**

**Melcer Tile**

Nonpriority Creditor's Name

**4965 Dorchester Rd**
**North Charleston, SC 29418**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **3868**                         **$0.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **Joshua J Zollweg**

Case number *(if know)*

---

| 4.6 1 | **Michael & Lauren Whitfield** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name

**1064 N Shem Dr**
**Mount Pleasant, SC 29464**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify

---

| 4.6 2 | **Michael Silver** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name

**408 Rose Wilder Ln**
**Mount Pleasant, SC 29464**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify

---

| 4.6 3 | **Molly Conn** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name

**404 Rose Wilder Ln**
**Mount Pleasant, SC 29464**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify

---

Debtor 1    **Joshua J Zollweg**

Case number (if know) _____

| 4.6 4 | **Molufs** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name

**530 East Bay St**
**Charleston, SC 29403**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt**

---

| 4.6 5 | **Nature's Calling** | Last 4 digits of account number  3855 | $12,450.00 |

Nonpriority Creditor's Name

**P.O. Box 30039**
**Charleston, SC 29417**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt**

---

| 4.6 6 | **Palmetto Exterminators, Inc.** | Last 4 digits of account number  2640 | $2,305.00 |

Nonpriority Creditor's Name

**PO Box 30325**
**Charleston, SC 29417**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt**

---

Debtor 1    **Joshua J Zollweg**                                          Case number *(if know)*

---

| 4.6 7 | **Park West Master Association** | Last 4 digits of account number _____ | **$2,510.00** |

Nonpriority Creditor's Name

**c/o SCS 0989**
**PO Box 531289**
**Atlanta, GA 30353**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt**

---

| 4.6 8 | **Patriots Drywall** | Last 4 digits of account number _____ | **$30,000.00** |

Nonpriority Creditor's Name

**2131 NAD Rd**
**Charleston, SC 29406**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No




☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Business Debt**
**Pending Lawsuits against Moss**
**Construction of the Lowcountry, LLC**
**Chas Co**
**2016CP1004056**
■ Other. Specify    **2016CP1004059**

---

| 4.6 9 | **Paul & Phillip O'Reilly** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name

**1520 Old Rose Bud Trail**
**Awendaw, SC 29429**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify

---

Debtor 1    **Joshua J Zollweg**                                                     Case number *(if know)*

---

| 4.7 0 | **Prairie View, LLC** | Last 4 digits of account number | | **$400,000.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Gary Benson**
**23 Ferry Landing Ln #2415**
**Atlanta, GA 30305**

When was the debt incurred?

Number Street City State ZIp Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.7 1 | **Pro Build Company, LLC** | Last 4 digits of account number | **4157** | **$18,155.92** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 535225**
**Atlanta, GA 30353**

When was the debt incurred?

Number Street City State ZIp Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt**

---

| 4.7 2 | **R&R Foundations** | Last 4 digits of account number | | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**1137 Baldwin Connor Rd**
**Huger, SC 29450**

When was the debt incurred?

Number Street City State ZIp Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt**

---

Debtor 1    **Joshua J Zollweg**

---

| 4.7 3 | **Residential Structures, PC** | Last 4 digits of account number | $4,500.00 |

Nonpriority Creditor's Name

**PO Box 1584**
**Hartsville, SC 29551**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt**

---

| 4.7 4 | **Richard and Heather Burke** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name

**4335 Tobacco Rd**
**Awendaw, SC 29429**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify

---

| 4.7 5 | **Richard Zollweg** | Last 4 digits of account number | $50,000.00 |

Nonpriority Creditor's Name

**40 Winchester Dr**
**Addison, MI 49220**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify

---

Debtor 1    **Joshua J Zollweg**

Case number (if know) _____

---

| 4.7 6 | **RLA Associates, PA** | Last 4 digits of account number ___ ___ ___ ___ | **$300.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**2204 Bacon's Bridge Rd**
**Summerville, SC 29485**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt**

---

| 4.7 7 | **Rob & Cindy Wilson** | Last 4 digits of account number ___ ___ ___ ___ | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**110 Latitude Ln**
**Mount Pleasant, SC 29464**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    _____

---

| 4.7 8 | **Roy Olson** | Last 4 digits of account number ___ ___ ___ ___ | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**409 Rose Wilder Ln**
**Mount Pleasant, SC 29464**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    _____

---

Debtor 1   **Joshua J Zollweg**

Case number *(if know)*

---

**4.79**

**Ryan & Tris Miles**

Nonpriority Creditor's Name

**169 King George St**
**Charleston, SC 29492**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____                                   $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

**4.80**

**Safe Built**

Nonpriority Creditor's Name

**3755 Precisions Dr #140**
**Loveland, CO 80538**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____                                   $3,509.41

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt**

---

**4.81**

**Sandeep & Simmi Abrol**

Nonpriority Creditor's Name

**207 Ithecaw Creek Dr**
**Charleston, SC 29492**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____                                   $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

Debtor 1   **Joshua J Zollweg**                                          Case number (if know)

---

**4.8 2**   **SC Department of Revenue and Taxation**

Nonpriority Creditor's Name

**P. O. Box 12265**
**Columbia, SC 29211**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                                          **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice Only**

---

**4.8 3**   **Scenergy, LLC**

Nonpriority Creditor's Name

**1502 Hidden Bridge Dr**
**Mount Pleasant, SC 29464**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                                          **$1,050.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

**4.8 4**   **Shawn & Jennifer Weinke**

Nonpriority Creditor's Name

**506 Ann St**
**Mount Pleasant, SC 29464**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                                          **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   _____

---

Debtor 1    **Joshua J Zollweg**

Case number (*if know*)

---

| 4.8 5 | **Sherwin Williams Co** | Last 4 digits of account number | | $609.01 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**AGA
740 Walt Whitman Rd
Melville, NY 11747**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt**

---

| 4.8 6 | **South Carolina Department of Revenue** | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 12265
Columbia, SC 29211-2265**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Notice Only**

---

| 4.8 7 | **Spitshine Cleaning Services, LLC** | Last 4 digits of account number | | $2,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**188 Sweet Asylum Dr
Ladson, SC 29456**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt**

---

Debtor 1  **Joshua J Zollweg**

Case number *(if know)* _____

---

| 4.8 8 | | | |
|---|---|---|---|

**Stacey Ledbetter**

Nonpriority Creditor's Name

**413 Rose Wilder Ln**
**Mount Pleasant, SC 29464**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____          **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.8 9 | | | |
|---|---|---|---|

**Staff Zone**

Nonpriority Creditor's Name

**1653 Remount Rd**
**Charleston, SC 29406**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____          **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.9 0 | | | |
|---|---|---|---|

**Steve & Betsy Hopkins**

Nonpriority Creditor's Name

**3440 Henrietta Hartford**
**Mount Pleasant, SC 29466**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____          **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Joshua J Zollweg**                                                    Case number (if know) _____

---

| 4.9 1 | **Stono Concrete** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name

**PO Box 1269**
**Johns Island, SC 29457**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt** _____

---

| 4.9 2 | **Susan Simpson** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name

**403 Rose Wilder Ln**
**Mount Pleasant, SC 29464**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.9 3 | **Swift Financial Corp** | Last 4 digits of account number _____ | $112,670.04 |

Nonpriority Creditor's Name

**c/o Capehart Scatchard**
**8000 Midlantic Dr Ste 3005**
**Mount Laurel, NJ 08054**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Personal Guarantee of Business Debt** _____

---

Debtor 1    **Joshua J Zollweg**

Case number *(if know)*

---

**4.94**

**Synchrony Bank/Care Credit**

Nonpriority Creditor's Name

**Po Box 965064**
**Orlando, FL 32896**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **1846**

$0.00

**When was the debt incurred?**    **Opened 1/27/08  Last Active 4/07/08**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Charge Account**

---

**4.95**

**Synchrony Bank/Lowes**

Nonpriority Creditor's Name

**Po Box 965064**
**Orlando, FL 32896**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **6757**

$0.00

**When was the debt incurred?**    **Opened 12/14/01  Last Active 11/29/10**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Charge Account**

---

**4.96**

**Taylor J King**

Nonpriority Creditor's Name

**12 Grove St**
**Charleston, SC 29403**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    _____

$4,000.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt**

---

Debtor 1  **Joshua J Zollweg**                                                      Case number (if know) _____

---

**4.9 7**

**TCI Charleston**
Nonpriority Creditor's Name
**8302 Dorchester Rd.**
**North Charleston, SC 29418**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **ss01** _____          $4,500.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt** _____

---

**4.9 8**

**Todd Tyler**
Nonpriority Creditor's Name
**985 Lake View Dr**
**Mount Pleasant, SC 29464**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   _____          $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.9 9**

**Tom & Terressa Privett**
Nonpriority Creditor's Name
**1311 Old Rosebud Ln**
**Awendaw, SC 29429**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   _____          $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1    **Joshua J Zollweg**                                                    Case number (if know)

| 4.1 00 | | | |
|---|---|---|---|

**Tucker Branham**                                        Last 4 digits of account number                        $0.00
Nonpriority Creditor's Name
**373 Ashley Ave**                                        When was the debt incurred?
**Charleston, SC 29403**
Number Street City State Zip Code                        As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                          ☐ Contingent
☐ Debtor 2 only                                          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                             ☐ Disputed
☐ At least one of the debtors and another                **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community debt**        ☐ Student loans
                                                         ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Is the claim subject to offset?                          ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ No                                                     ■ Other. Specify _____
☐ Yes

| 4.1 01 | | | |
|---|---|---|---|

**Usaa Savings Bank**                                    Last 4 digits of account number   **1094**             $25,731.00
Nonpriority Creditor's Name
**Po Box 47504**                                         When was the debt incurred?   **Opened 12/02  Last Active 05/16**
**San Antonio, TX 78265**
Number Street City State Zip Code                        As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                          ☐ Contingent
☐ Debtor 2 only                                          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                             ☐ Disputed
☐ At least one of the debtors and another                **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community debt**        ☐ Student loans
                                                         ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Is the claim subject to offset?                          ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No                                                     ■ Other. Specify   **Credit Card**
☐ Yes

| 4.1 02 | | | |
|---|---|---|---|

**Yellowstone Landscape Professionals**                  Last 4 digits of account number   **1546**             $2,200.00
Nonpriority Creditor's Name
**PO Box 849**                                           When was the debt incurred?
**Bunnell, FL 32110**
Number Street City State Zip Code                        As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                          ☐ Contingent
☐ Debtor 2 only                                          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                             ☐ Disputed
■ At least one of the debtors and another                **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community debt**        ☐ Student loans
                                                         ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Is the claim subject to offset?                          ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No                                                     ■ Other. Specify   **Business Debt**
☐ Yes

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Debtor 1   **Joshua J Zollweg**

Case number (if know) _____

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Douglass Macneille**<br>**PO Drawer 5706**<br>**Hilton Head Island, SC 29938** | Line **4.38** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>Post Office Box 21126<br>Philadelphia, PA 19114 | Line **2.1** of (Check one):<br>■ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Smith Closser, PA**<br>**PO Box 40578**<br>**Charleston, SC 29423** | Line **4.68** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Steven L. Smith, Esq**<br>**PO Box 40578**<br>**Charleston, SC 29423** | Line **4.13** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Tyler Cassell Jackson Peace &**<br>**Silver**<br>**PO Box 11656**<br>**Columbia, SC 29211** | Line **4.5** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

---

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6.  Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| Total claims from Part 1 | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 3,400.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 3,400.00 |

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| Total claims from Part 2 | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 1,032,219.26 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 1,032,219.26 |

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

**Fill in this information to identify your case:**

Debtor 1    **Joshua J Zollweg**
First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)    First Name          Middle Name          Last Name

United States Bankruptcy Court for the:    DISTRICT OF SOUTH CAROLINA

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1<br>Name<br><br>Number    Street<br><br>City              State          ZIP Code | |
| 2.2<br>Name<br><br>Number    Street<br><br>City              State          ZIP Code | |
| 2.3<br>Name<br><br>Number    Street<br><br>City              State          ZIP Code | |
| 2.4<br>Name<br><br>Number    Street<br><br>City              State          ZIP Code | |
| 2.5<br>Name<br><br>Number    Street<br><br>City              State          ZIP Code | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Joshua J Zollweg** |
| | First Name     Middle Name     Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number | |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106H
## Schedule H: Your Codebtors
**12/15**

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| Column 1: **Your codebtor** Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.1 **Christine Zollweg** <br> **734 Milldenhall Rd** <br> **Mount Pleasant, SC 29464** | ■ Schedule D, line __2.2__ <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G _____ <br> **Branch Bank & Trust** |
| 3.2 **Christine Zollweg** <br> **734 Milldenhall Rd** <br> **Mount Pleasant, SC 29464** | ■ Schedule D, line __2.5__ <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G _____ <br> **First Citizens Bank** |
| 3.3 **Christine Zollweg** <br> **734 Milldenhall Rd** <br> **Mount Pleasant, SC 29464** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __2.1__ <br> ☐ Schedule G _____ <br> **Internal Revenue Service** |

Debtor 1   **Joshua J Zollweg** _____   Case number *(if known)* _____

| ████ | **Additional Page to List More Codebtors** |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.4   **Christine Zollweg**
**734 Milldenhall Rd**
**Mount Pleasant, SC 29464**

■ Schedule D, line __2.3__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Buck Lumber**

---

3.5   **Christine Zollweg**
**734 Milldenhall Rd**
**Mount Pleasant, SC 29464**

■ Schedule D, line __2.9__
☐ Schedule E/F, line _____
☐ Schedule G _____
**First Citizens Bank &**

---

3.6   **Moss Construction of the Lowcountry, LLC**
**734 Milldenhall Rd**
**Mount Pleasant, SC 29464**

☐ Schedule D, line _____
■ Schedule E/F, line __4.74__
☐ Schedule G _____
**Richard and Heather Burke**

---

3.7   **Moss Construction of the Lowcountry, LLC**
**734 Milldenhall Rd**
**Mount Pleasant, SC 29464**

☐ Schedule D, line _____
■ Schedule E/F, line __4.58__
☐ Schedule G _____
**Mark & Janet Fish**

---

3.8   **Moss Construction of the Lowcountry, LLC**
**734 Milldenhall Rd**
**Mount Pleasant, SC 29464**

☐ Schedule D, line _____
■ Schedule E/F, line __4.12__
☐ Schedule G _____
**Brian & Carrie Robinson**

---

3.9   **Moss Construction of the Lowcountry, LLC**
**734 Milldenhall Rd**
**Mount Pleasant, SC 29464**

☐ Schedule D, line _____
■ Schedule E/F, line __4.30__
☐ Schedule G _____
**Darren & Carrie Messer**

---

3.10  **Moss Construction of the Lowcountry, LLC**
**734 Milldenhall Rd**
**Mount Pleasant, SC 29464**

☐ Schedule D, line _____
■ Schedule E/F, line __4.27__
☐ Schedule G _____
**Craig & Linda Rhyne**

---

Debtor 1   **Joshua J Zollweg** _____   Case number *(if known)* _____

| | |
|---|---|
| ■ | **Additional Page to List More Codebtors** |

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|
| 3.11   **Moss Construction of the Lowcountry, LLC**<br>**734 Milldenhall Rd**<br>**Mount Pleasant, SC 29464** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.61___<br>☐ Schedule G _____<br>**Michael & Lauren Whitfield** |
| 3.12   **Moss Construction of the Lowcountry, LLC**<br>**734 Milldenhall Rd**<br>**Mount Pleasant, SC 29464** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.79___<br>☐ Schedule G _____<br>**Ryan & Tris Miles** |
| 3.13   **Moss Construction of the Lowcountry, LLC**<br>**734 Milldenhall Rd**<br>**Mount Pleasant, SC 29464** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.81___<br>☐ Schedule G _____<br>**Sandeep & Simmi Abrol** |
| 3.14   **Moss Construction of the Lowcountry, LLC**<br>**734 Milldenhall Rd**<br>**Mount Pleasant, SC 29464** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.90___<br>☐ Schedule G _____<br>**Steve & Betsy Hopkins** |
| 3.15   **Moss Construction of the Lowcountry, LLC**<br>**734 Milldenhall Rd**<br>**Mount Pleasant, SC 29464** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.21___<br>☐ Schedule G _____<br>**Chris & Molly Finn** |
| 3.16   **Moss Construction of the Lowcountry, LLC**<br>**734 Milldenhall Rd**<br>**Mount Pleasant, SC 29464** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.17___<br>☐ Schedule G _____<br>**Chad Besenfelder** |
| 3.17   **Moss Construction of the Lowcountry, LLC**<br>**734 Milldenhall Rd**<br>**Mount Pleasant, SC 29464** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.53___<br>☐ Schedule G _____<br>**Jim & Peggy Hare** |

Debtor 1   **Joshua J Zollweg**                                             Case number *(if known)*

---

| | | |
|---|---|---|
| | **Additional Page to List More Codebtors** | |
| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

| | | |
|---|---|---|
| 3.18 | **Moss Construction of the Lowcountry, LLC**<br>**734 Milldenhall Rd**<br>**Mount Pleasant, SC 29464** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.88__<br>☐ Schedule G _____<br>**Stacey Ledbetter** |
| 3.19 | **Moss Construction of the Lowcountry, LLC**<br>**734 Milldenhall Rd**<br>**Mount Pleasant, SC 29464** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.35__<br>☐ Schedule G _____<br>**Dr Laura Stojanov** |
| 3.20 | **Moss Construction of the Lowcountry, LLC**<br>**734 Milldenhall Rd**<br>**Mount Pleasant, SC 29464** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.78__<br>☐ Schedule G _____<br>**Roy Olson** |
| 3.21 | **Moss Construction of the Lowcountry, LLC**<br>**734 Milldenhall Rd**<br>**Mount Pleasant, SC 29464** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.62__<br>☐ Schedule G _____<br>**Michael Silver** |
| 3.22 | **Moss Construction of the Lowcountry, LLC**<br>**734 Milldenhall Rd**<br>**Mount Pleasant, SC 29464** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.54__<br>☐ Schedule G _____<br>**Jody Millis** |
| 3.23 | **Moss Construction of the Lowcountry, LLC**<br>**734 Milldenhall Rd**<br>**Mount Pleasant, SC 29464** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.92__<br>☐ Schedule G _____<br>**Susan Simpson** |
| 3.24 | **Moss Construction of the Lowcountry, LLC**<br>**734 Milldenhall Rd**<br>**Mount Pleasant, SC 29464** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.56__<br>☐ Schedule G _____<br>**Laura Shapiro** |

Debtor 1    **Joshua J Zollweg**                                    Case number *(if known)*

---

| ■ **Additional Page to List More Codebtors** |
|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.25 **Moss Construction of the Lowcountry, LLC**<br>**734 Milldenhall Rd**<br>**Mount Pleasant, SC 29464** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.45__<br>☐ Schedule G _____<br>**Harriet Matthews** |
| 3.26 **Moss Construction of the Lowcountry, LLC**<br>**734 Milldenhall Rd**<br>**Mount Pleasant, SC 29464** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.63__<br>☐ Schedule G _____<br>**Molly Conn** |
| 3.27 **Moss Construction of the Lowcountry, LLC**<br>**734 Milldenhall Rd**<br>**Mount Pleasant, SC 29464** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.29__<br>☐ Schedule G _____<br>**Cynthia Walker** |
| 3.28 **Moss Construction of the Lowcountry, LLC**<br>**734 Milldenhall Rd**<br>**Mount Pleasant, SC 29464** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.11__<br>☐ Schedule G _____<br>**Brannen Poe** |
| 3.29 **Moss Construction of the Lowcountry, LLC**<br>**734 Milldenhall Rd**<br>**Mount Pleasant, SC 29464** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.100__<br>☐ Schedule G _____<br>**Tucker Branham** |
| 3.30 **Moss Construction of the Lowcountry, LLC**<br>**734 Milldenhall Rd**<br>**Mount Pleasant, SC 29464** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.33__<br>☐ Schedule G _____<br>**DL1-DL2** |
| 3.31 **Moss Construction of the Lowcountry, LLC**<br>**734 Milldenhall Rd**<br>**Mount Pleasant, SC 29464** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.52__<br>☐ Schedule G _____<br>**Jim & Paige Calla** |

---

| Debtor 1 | **Joshua J Zollweg** | | Case number *(if known)* | |

| | | | |
|---|---|---|---|

▮ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.32 **Moss Construction of the Lowcountry, LLC**<br>**734 Milldenhall Rd**<br>**Mount Pleasant, SC 29464** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.59___<br>☐ Schedule G _____<br>**Matt & Andrea Makismowitz** |
| 3.33 **Moss Construction of the Lowcountry, LLC**<br>**734 Milldenhall Rd**<br>**Mount Pleasant, SC 29464** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.99___<br>☐ Schedule G _____<br>**Tom & Terressa Privett** |
| 3.34 **Moss Construction of the Lowcountry, LLC**<br>**734 Milldenhall Rd**<br>**Mount Pleasant, SC 29464** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.84___<br>☐ Schedule G _____<br>**Shawn & Jennifer Weinke** |
| 3.35 **Moss Construction of the Lowcountry, LLC**<br>**734 Milldenhall Rd**<br>**Mount Pleasant, SC 29464** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.51___<br>☐ Schedule G _____<br>**Jaime & Sallie Deveaux** |
| 3.36 **Moss Construction of the Lowcountry, LLC**<br>**734 Milldenhall Rd**<br>**Mount Pleasant, SC 29464** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.77___<br>☐ Schedule G _____<br>**Rob & Cindy Wilson** |
| 3.37 **Moss Construction of the Lowcountry, LLC**<br>**734 Milldenhall Rd**<br>**Mount Pleasant, SC 29464** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.69___<br>☐ Schedule G _____<br>**Paul & Phillip O'Reilly** |
| 3.38 **Moss Construction of the Lowcountry, LLC**<br>**734 Milldenhall Rd**<br>**Mount Pleasant, SC 29464** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.98___<br>☐ Schedule G _____<br>**Todd Tyler** |

Debtor 1    **Joshua J Zollweg** _____          Case number *(if known)* _____

| | |
|---|---|

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.39 **Moss Construction of the Lowcountry, LLC**<br>**734 Milldenhall Rd**<br>**Mount Pleasant, SC 29464** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.42___<br>☐ Schedule G _____<br>**Gene & Julia Saylors** |
| 3.40 **Moss Construction of the Lowcountry, LLC**<br>**734 Milldenhall Rd**<br>**Mount Pleasant, SC 29464** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.89___<br>☐ Schedule G _____<br>**Staff Zone** |
| 3.41 **Moss Construction of the Lowcountry, LLC**<br>**734 Milldenhall Rd**<br>**Mount Pleasant, SC 29464** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.80___<br>☐ Schedule G _____<br>**Safe Built** |
| 3.42 **Moss Construction of the Lowcountry, LLC**<br>**734 Milldenhall Rd**<br>**Mount Pleasant, SC 29464** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.93___<br>☐ Schedule G _____<br>**Swift Financial Corp** |
| 3.43 **Moss Construction of the Lowcountry, LLC**<br>**734 Milldenhall Rd**<br>**Mount Pleasant, SC 29464** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.67___<br>☐ Schedule G _____<br>**Park West Master Association** |
| 3.44 **Moss Construction of the Lowcountry, LLC**<br>**734 Milldenhall Rd**<br>**Mount Pleasant, SC 29464** | ■ Schedule D, line ___2.1___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**ABC Supply Corp** |
| 3.45 **Moss Construction of the Lowcountry, LLC**<br>**734 Milldenhall Rd**<br>**Mount Pleasant, SC 29464** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.34___<br>☐ Schedule G _____<br>**DLV Roofing & Exteriors** |

Debtor 1    **Joshua J Zollweg** _____    Case number *(if known)* _____

---

| | **Additional Page to List More Codebtors** |
|---|---|
| | *Column 1:* **Your codebtor** |

| | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.46  **Moss Construction of the Lowcountry, LLC**
       **734 Milldenhall Rd**
       **Mount Pleasant, SC 29464**

☐ Schedule D, line _____
■ Schedule E/F, line __4.87__
☐ Schedule G _____
**Spitshine Cleaning Services, LLC**

---

3.47  **Moss Construction of the Lowcountry, LLC**
       **734 Milldenhall Rd**
       **Mount Pleasant, SC 29464**

☐ Schedule D, line _____
■ Schedule E/F, line __4.102__
☐ Schedule G _____
**Yellowstone Landscape Professionals**

---

3.48  **Moss Construction of the Lowcountry, LLC**
       **734 Milldenhall Rd**
       **Mount Pleasant, SC 29464**

☐ Schedule D, line _____
■ Schedule E/F, line __4.73__
☐ Schedule G _____
**Residential Structures, PC**

---

3.49  **Moss Construction of the Lowcountry, LLC**
       **734 Milldenhall Rd**
       **Mount Pleasant, SC 29464**

☐ Schedule D, line _____
■ Schedule E/F, line __4.36__
☐ Schedule G _____
**Eagle Metals Mfg, Inc.**

---

3.50  **Moss Construction of the Lowcountry, LLC**
       **734 Milldenhall Rd**
       **Mount Pleasant, SC 29464**

☐ Schedule D, line _____
■ Schedule E/F, line __4.7__
☐ Schedule G _____
**Anchor Consulting Engineers, LLC**

---

3.51  **Moss Construction of the Lowcountry, LLC**
       **734 Milldenhall Rd**
       **Mount Pleasant, SC 29464**

☐ Schedule D, line _____
■ Schedule E/F, line __4.66__
☐ Schedule G _____
**Palmetto Exterminators, Inc.**

---

3.52  **Moss Construction of the Lowcountry, LLC**
       **734 Milldenhall Rd**
       **Mount Pleasant, SC 29464**

☐ Schedule D, line _____
■ Schedule E/F, line __4.71__
☐ Schedule G _____
**Pro Build Company, LLC**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

Debtor 1    **Joshua J Zollweg** _____    Case number *(if known)* _____

■ **Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|

3.53    **Moss Construction of the Lowcountry, LLC**
      **734 Milldenhall Rd**
      **Mount Pleasant, SC 29464**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.48**___
☐ Schedule G _____
**Hughes Lumber & Building Supply Co**

---

3.54    **Moss Construction of the Lowcountry, LLC**
      **734 Milldenhall Rd**
      **Mount Pleasant, SC 29464**

■ Schedule D, line ___**2.10**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Southern Lumber & Millwork Co**

---

3.55    **Moss Construction of the Lowcountry, LLC**
      **734 Milldenhall Rd**
      **Mount Pleasant, SC 29464**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.40**___
☐ Schedule G _____
**Ferguson Enterprises, Inc.**

---

3.56    **Moss Construction of the Lowcountry, LLC**
      **734 Milldenhall Rd**
      **Mount Pleasant, SC 29464**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.32**___
☐ Schedule G _____
**Dixon Hughes Goodman**

---

3.57    **Moss Construction of the Lowcountry, LLC**
      **734 Milldenhall Rd**
      **Mount Pleasant, SC 29464**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.97**___
☐ Schedule G _____
**TCI Charleston**

---

3.58    **Moss Construction of the Lowcountry, LLC**
      **734 Milldenhall Rd**
      **Mount Pleasant, SC 29464**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.85**___
☐ Schedule G _____
**Sherwin Williams Co**

---

3.59    **Moss Construction of the Lowcountry, LLC**
      **734 Milldenhall Rd**
      **Mount Pleasant, SC 29464**

■ Schedule D, line ___**2.6**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**First Citizens Bank**

---

Debtor 1  **Joshua J Zollweg** _____  Case number *(if known)* _____

| | |
|---|---|
| **Additional Page to List More Codebtors** | |
| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.60  **Moss Construction of the Lowcountry, LLC**
**734 Milldenhall Rd**
**Mount Pleasant, SC 29464**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.96___
☐ Schedule G _____
**Taylor J King**

---

3.61  **Moss Construction of the Lowcountry, LLC**
**734 Milldenhall Rd**
**Mount Pleasant, SC 29464**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.91___
☐ Schedule G _____
**Stono Concrete**

---

3.62  **Moss Construction of the Lowcountry, LLC**
**734 Milldenhall Rd**
**Mount Pleasant, SC 29464**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.1___
☐ Schedule G _____
**84 Lumber**

---

3.63  **Moss Construction of the Lowcountry, LLC**
**734 Milldenhall Rd**
**Mount Pleasant, SC 29464**

■ Schedule D, line ___2.3___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Buck Lumber**

---

3.64  **Moss Construction of the Lowcountry, LLC**
**734 Milldenhall Rd**
**Mount Pleasant, SC 29464**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.38___
☐ Schedule G _____
**Energy One America**

---

3.65  **Moss Construction of the Lowcountry, LLC**
**734 Milldenhall Rd**
**Mount Pleasant, SC 29464**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.37___
☐ Schedule G _____
**Ebros Supply**

---

3.66  **Moss Construction of the Lowcountry, LLC**
**734 Milldenhall Rd**
**Mount Pleasant, SC 29464**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.3___
☐ Schedule G _____
**Access Toilets**

---

Debtor 1   **Joshua J Zollweg** _____    Case number *(if known)* _____

| | |
|---|---|
| **Additional Page to List More Codebtors** | |
| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
| 3.67  **Moss Construction of the Lowcountry, LLC**<br>**734 Milldenhall Rd**<br>**Mount Pleasant, SC 29464** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line  **4.55**<br>☐ Schedule G _____<br>**KJ Appliances** |
| 3.68  **Moss Construction of the Lowcountry, LLC**<br>**734 Milldenhall Rd**<br>**Mount Pleasant, SC 29464** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line  **4.64**<br>☐ Schedule G _____<br>**Molufs** |
| 3.69  **Moss Construction of the Lowcountry, LLC**<br>**734 Milldenhall Rd**<br>**Mount Pleasant, SC 29464** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line  **4.10**<br>☐ Schedule G _____<br>**Bird Hardware** |
| 3.70  **Moss Construction of the Lowcountry, LLC**<br>**734 Milldenhall Rd**<br>**Mount Pleasant, SC 29464** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line  **4.16**<br>☐ Schedule G _____<br>**Carolina Lanterns** |
| 3.71  **Moss Construction of the Lowcountry, LLC**<br>**734 Milldenhall Rd**<br>**Mount Pleasant, SC 29464** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line  **4.26**<br>☐ Schedule G _____<br>**Cosmos Construction** |
| 3.72  **Moss Construction of the Lowcountry, LLC**<br>**734 Milldenhall Rd**<br>**Mount Pleasant, SC 29464** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line  **4.68**<br>☐ Schedule G _____<br>**Patriots Drywall** |
| 3.73  **Moss Construction of the Lowcountry, LLC**<br>**734 Milldenhall Rd**<br>**Mount Pleasant, SC 29464** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line  **4.18**<br>☐ Schedule G _____<br>**Charleston Heating & Air** |

Debtor 1   **Joshua J Zollweg** _____    Case number *(if known)* _____

---

| ▮ | **Additional Page to List More Codebtors** |

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.74   **Moss Construction of the Lowcountry, LLC**
**734 Milldenhall Rd**
**Mount Pleasant, SC 29464**

☐ Schedule D, line _____
■ Schedule E/F, line  __4.39__
☐ Schedule G _____
**Envirofoam Tech**

---

3.75   **Moss Construction of the Lowcountry, LLC**
**734 Milldenhall Rd**
**Mount Pleasant, SC 29464**

☐ Schedule D, line _____
■ Schedule E/F, line  __4.15__
☐ Schedule G _____
**Carolina Custom Security**

---

3.76   **Moss Construction of the Lowcountry, LLC**
**734 Milldenhall Rd**
**Mount Pleasant, SC 29464**

☐ Schedule D, line _____
■ Schedule E/F, line  __4.72__
☐ Schedule G _____
**R&R Foundations**

---

3.77   **Moss Construction of the Lowcountry, LLC**
**734 Milldenhall Rd**
**Mount Pleasant, SC 29464**

☐ Schedule D, line _____
■ Schedule E/F, line  __4.14__
☐ Schedule G _____
**C&B Electric**

---

3.78   **Moss Construction of the Lowcountry, LLC**
**734 Milldenhall Rd**
**Mount Pleasant, SC 29464**

☐ Schedule D, line _____
■ Schedule E/F, line  __4.31__
☐ Schedule G _____
**Dawkins Plumbing**

---

3.79   **Moss Construction of the Lowcountry, LLC**
**734 Milldenhall Rd**
**Mount Pleasant, SC 29464**

☐ Schedule D, line _____
■ Schedule E/F, line  __4.24__
☐ Schedule G _____
**Classic Quality Paints**

---

3.80   **Moss Construction of the Lowcountry, LLC**
**734 Milldenhall Rd**
**Mount Pleasant, SC 29464**

☐ Schedule D, line _____
■ Schedule E/F, line  __4.4__
☐ Schedule G _____
**All About Garage Doors**

---

Debtor 1   **Joshua J Zollweg** _____     Case number *(if known)* _____

▉ **Additional Page to List More Codebtors**

| | |
|---|---|
| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.81   **Moss Construction of the Lowcountry, LLC**
**734 Milldenhall Rd**
**Mount Pleasant, SC 29464**

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.47**
☐ Schedule G _____
**Heron Reserve Apartments**

---

3.82   **Moss Construction of the Lowcountry, LLC**
**734 Milldenhall Rd**
**Mount Pleasant, SC 29464**

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.49**
☐ Schedule G _____
**I'on Trust Corp**

---

3.83   **Moss Construction of the Lowcountry, LLC**
**734 Milldenhall Rd**
**Mount Pleasant, SC 29464**

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.23**
☐ Schedule G _____
**Clarke Design Group**

---

3.84   **Moss Construction of the Lowcountry, LLC**
**734 Milldenhall Rd**
**Mount Pleasant, SC 29464**

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.41**
☐ Schedule G _____
**Fireplaces Plus**

---

3.85   **Moss Construction of the Lowcountry, LLC**
**734 Milldenhall Rd**
**Mount Pleasant, SC 29464**

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.60**
☐ Schedule G _____
**Melcer Tile**

---

3.86   **Moss Construction of the Lowcountry, LLC**
**734 Milldenhall Rd**
**Mount Pleasant, SC 29464**

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.2**
☐ Schedule G _____
**A. Ramos Brick & Block**

---

3.87   **Moss Construction of the Lowcountry, LLC**
**734 Milldenhall Rd**
**Mount Pleasant, SC 29464**

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.25**
☐ Schedule G _____
**Coastal Engineering & Testing**

---

| Debtor 1 | **Joshua J Zollweg** | Case number *(if known)* |
|---|---|---|

---

| ◼ | **Additional Page to List More Codebtors** |
|---|---|

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.88 | **Moss Construction of the Lowcountry, LLC**<br>**734 Milldenhall Rd**<br>**Mount Pleasant, SC 29464** | ☐ Schedule D, line _____<br>◼ Schedule E/F, line ___4.44___<br>☐ Schedule G _____<br>**Graphically Speaking** |
| 3.89 | **Moss Construction of the Lowcountry, LLC**<br>**734 Milldenhall Rd**<br>**Mount Pleasant, SC 29464** | ☐ Schedule D, line _____<br>◼ Schedule E/F, line ___4.43___<br>☐ Schedule G _____<br>**Glass Etc** |
| 3.90 | **Moss Construction of the Lowcountry, LLC**<br>**734 Milldenhall Rd**<br>**Mount Pleasant, SC 29464** | ☐ Schedule D, line _____<br>◼ Schedule E/F, line ___4.76___<br>☐ Schedule G _____<br>**RLA Associates, PA** |
| 3.91 | **Moss Construction of the Lowcountry, LLC**<br>**734 Milldenhall Rd**<br>**Mount Pleasant, SC 29464** | ☐ Schedule D, line _____<br>◼ Schedule E/F, line ___4.13___<br>☐ Schedule G _____<br>**Buck Lumber** |
| 3.92 | **Moss Construction of the Lowcountry, LLC**<br>**734 Milldenhall Rd**<br>**Mount Pleasant, SC 29464** | ☐ Schedule D, line _____<br>◼ Schedule E/F, line ___4.70___<br>☐ Schedule G _____<br>**Prairie View, LLC** |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Joshua J Zollweg** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number (If known) | |

Check if this is:
- ☐ An amended filing
- ☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income                                                  12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:        Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| | Occupation | Construction Consultant | Design Consultant |
| | Employer's name | Independent Contractor | |
| | Employer's address | | |
| | How long employed there? | 2 Months | 2 Months |

### Part 2:        Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 5,800.00 | $ 1,800.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $ 5,800.00 | $ 1,800.00 |

Debtor 1  **Joshua J Zollweg**                                    Case number (*if known*) _____

|  |  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| Copy line 4 here | 4. | $ | **5,800.00** | $ **1,800.00** |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 0.00 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. | **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. | **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. | **Other deductions.** Specify: | 5h.+ | $ 0.00 | + $ 0.00 |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.  |  6.  |  $ 0.00  |  $ 0.00

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.  |  7.  |  $ **5,800.00**  |  $ **1,800.00**

8. **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. | **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ 0.00 |
| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. | **Other monthly income.** Specify: | 8h.+ | $ 0.00 | + $ 0.00 |

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.  |  9.  |  $ 0.00  |  $ 0.00

10. **Calculate monthly income.** Add line 7 + line 9.  |  10.  |  $ **5,800.00** + $ **1,800.00** = $ **7,600.00**
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____  |  11.  |  +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies  |  12.  |  $ **7,600.00**

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
■ Yes. Explain:

> The debtor and his non-filing spouse are both hoping for an increase in income. The Debtor is hopeful that he can find more work as a consultant or full time work and the non-filing spouse hopes she is able to increase her income by getting more business.
>
> The Debtor anticipates family contributions to help cover shortfalls as well as assistance with education/tuition expenses for his children until the Debtor is able to find sufficient long term employment.

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | Joshua J Zollweg |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number (If known) | |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**     ☐ No

   Do not list Debtor 1 and Debtor 2.     ■ Yes.    Fill out this information for each dependent.............

   Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Daughter | 8 | ☐ No  ■ Yes |
| Daughter | 13 | ☐ No  ■ Yes |
| Son | 14 | ☐ No  ■ Yes |
| | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**     ■ No     ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | Your expenses |
|---|---|

| | | |
|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ 1,300.00 |
| | **If not included in line 4:** | |
| 4a. | Real estate taxes | 4a. $ 150.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 400.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 208.33 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 100.00 |
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. $ 725.00 |

Debtor 1    **Joshua J Zollweg**                                           Case number (if known)

| | | | |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a.   Electricity, heat, natural gas | 6a.  $ | **500.00** |
| | 6b.   Water, sewer, garbage collection | 6b.  $ | **150.00** |
| | 6c.   Telephone, cell phone, Internet, satellite, and cable services | 6c.  $ | **950.00** |
| | 6d.   Other. Specify: | 6d.  $ | **0.00** |
| 7. | **Food and housekeeping supplies** | 7.  $ | **900.00** |
| 8. | **Childcare and children's education costs** | 8.  $ | **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9.  $ | **150.00** |
| 10. | **Personal care products and services** | 10.  $ | **150.00** |
| 11. | **Medical and dental expenses** | 11.  $ | **300.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12.  $ | **400.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13.  $ | **100.00** |
| 14. | **Charitable contributions and religious donations** | 14.  $ | **0.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.   Life insurance | 15a.  $ | **357.00** |
| | 15b.   Health insurance | 15b.  $ | **650.00** |
| | 15c.   Vehicle insurance | 15c.  $ | **100.00** |
| | 15d.   Other insurance. Specify: | 15d.  $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16.  $ | **0.00** |
| 17. | **Installment or lease payments:** | | |
| | 17a.   Car payments for Vehicle 1 | 17a.  $ | **0.00** |
| | 17b.   Car payments for Vehicle 2 | 17b.  $ | **0.00** |
| | 17c.   Other. Specify: | 17c.  $ | **0.00** |
| | 17d.   Other. Specify: | 17d.  $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* **(Official Form 106I).** | 18.  $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19.  $ | **0.00** |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | | |
| | 20a.   Mortgages on other property | 20a.  $ | **0.00** |
| | 20b.   Real estate taxes | 20b.  $ | **0.00** |
| | 20c.   Property, homeowner's, or renter's insurance | 20c.  $ | **0.00** |
| | 20d.   Maintenance, repair, and upkeep expenses | 20d.  $ | **0.00** |
| | 20e.   Homeowner's association or condominium dues | 20e.  $ | **0.00** |
| 21. | **Other:** Specify:   **Non-filing spouse's monthly pymnt on Child's Class Trip** | 21.  +$ | **400.00** |
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | **7,990.33** |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | $ | **7,990.33** |
| 23. | **Calculate your monthly net income.** | | |
| | 23a.  Copy line 12 *(your combined monthly income)* from Schedule I. | 23a.  $ | **7,600.00** |
| | 23b.  Copy your monthly expenses from line 22c above. | 23b.  -$ | **7,990.33** |
| | 23c.  Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c.  $ | **-390.33** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

■ Yes.    | Explain here: **The Debtor and his nonfiling spouse anticipate a change in their household expenses as they are surrendering their home, will be moving, and will have varying expenses in addition to moving expenses.** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Joshua J Zollweg** |
| | First Name     Middle Name     Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number | |
| (if known) | |

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____     Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Joshua J Zollweg**                              X _____
**Joshua J Zollweg**                                        Signature of Debtor 2
Signature of Debtor 1

Date **November 23, 2016**                              Date _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Joshua J Zollweg** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number | |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy          4/16

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

| Part 1: | Give Details About Your Marital Status and Where You Lived Before |
|---|---|

1. **What is your current marital status?**

   ■ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ■ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ■ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| Part 2 | Explain the Sources of Your Income |
|---|---|

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ■ Wages, commissions, bonuses, tips | $53,576.00 | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |

Debtor 1    **Joshua J Zollweg**                                                                    Case number *(if known)*

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>**(January 1 to December 31, 2015 )** | ■ Wages, commissions, bonuses, tips | $117,933.85 | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2014 )** | ■ Wages, commissions, bonuses, tips | $95,461.00 | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☐ No
   ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | **Gifts from Family/Friends** | $23,500.00 | | |

<div style="background:#000;color:#fff">**Part 3:**</div>   **List Certain Payments You Made Before You Filed for Bankruptcy**

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

   ■ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

      During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?
      ■ No.    Go to line 7.
      ☐ Yes    List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
      * Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

   ☐ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
      During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

      ☐ No.    Go to line 7.
      ☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| | | | | |

Debtor 1    **Joshua J Zollweg**

Case number *(if known)*

7.   Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☐ No
■ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| **Creighton Likes**<br>**1 King St**<br>**Charleston, SC 29401** | **October 2015** | **$6,250.00** | **$0.00** | **Repayment for Business** |

8.   Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?
Include payments on debts guaranteed or cosigned by an insider.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

## Part 4:    Identify Legal Actions, Repossessions, and Foreclosures

9.   Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Southern Lumber vs Moss Construction**<br>**2016CV1010600619** | | **Small Claims** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Taylor King vs**<br>**2016CV1010600770** | | **Small Claims** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Lori Bayer VS Joshua Zollweg**<br>**2016CV1010600905** | | **Charleston County Small Claims** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **American Builders & Contractors Supply Co Inc VS Moss Construction of the Lowcountry LLC and Joshua John Zollweg**<br>**2016CP1002948** | | **Charleston County Common Pleas** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Judgment** |
| **Buck Lumber & Building Supply Inc VS Joshua John Zollweg et al**<br>**2016CP1003798** | **Debt Collection/Mechanic Lien** | **Charleston County Common Pleas** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor 1   **Joshua J Zollweg**

Case number *(if known)*

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Buck Lumber & Building Supply Inc VS Joshua John Zollweg et al<br>2016CP1004204** | **Debt Collection/Mechanic Lien** | **Charleston County Common Pleas** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Buck Lumber & Building Supply Inc VS Joshua John Zollweg et al<br>2016CP1004257** | **Debt Collection/Mechanic Lien** | **Charleston County Common Pleas** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Buck Lumber & Building Supply Inc VS Joshua John Zollweg et al<br>2016CP1004259** | **Debt Collection/Mechanic Lien** | **Charleston County Common Pleas** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Buck Lumber & Building Supply Inc VS Joshua John Zollweg et al<br>2016CP1004274** | **Debt Collection/Mechanic Lien** | **Charleston County Common Pleas** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Buck Lumber & Building Supply Inc VS Joshua John Zollweg et al<br>2016CP1004362** | **Debt Collection/Mechanic Lien** | **Charleston County Common Pleas** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Ferguson Receivables, Llc VS Joshua Zollweg Dba Moss Construction Of The Lowcountry, Llc<br>2016CV1011501062** | | **Charleston County Small Claims** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

■ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
■ No
☐ Yes

Debtor 1     **Joshua J Zollweg**

Case number *(if known)*

| Part 5: | List Certain Gifts and Contributions |
| --- | --- |

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No

☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
| --- | --- | --- | --- |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No

☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
| --- | --- | --- | --- |

| Part 6: | List Certain Losses |
| --- | --- |

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No

☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
| --- | --- | --- | --- |

| Part 7: | List Certain Payments or Transfers |
| --- | --- |

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No

☑ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
| --- | --- | --- | --- |
| **Campbell Law Firm, PA**<br>**890 Johnnie Dodds Blvd.**<br>**Mount Pleasant, SC 29464**<br>**Debtor** | **Retainer Fee $3,500.00**<br>**Ch. 7 Filing Fee $335.00**<br>**Credit Report $40.00**<br>**Consumer Credit Counseling $40.00** | **5/17/16**<br>**$1,000.00**<br>**-This amount was paid using the Debtor's funds and funds received as a gift from family**<br>**9/7/16 $40.00 - Paid by Debtor**<br>**9/19/16 $2,875.00 - Paid by Debtor** | **$3,915.00** |

Debtor 1    **Joshua J Zollweg**                                    Case number *(if known)*

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property<br>transferred | Date payment<br>or transfer was<br>made | Amount of<br>payment |
|---|---|---|---|
| **Amy Campbell Kelly, Esq.**<br>**802-B Johnnie Doods Blvd.**<br>**Mount Pleasant, SC 29464** | | **August 2016** | **$500.00** |

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

■ No
☐ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of<br>property transferred | Describe any property or<br>payments received or debts<br>paid in exchange | Date transfer was<br>made |
|---|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was<br>made |
|---|---|---|

**Part 8:**    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution and<br>Address (Number, Street, City, State and ZIP<br>Code) | Last 4 digits of<br>account number | Type of account or<br>instrument | Date account was<br>closed, sold,<br>moved, or<br>transferred | Last balance<br>before closing or<br>transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution<br>Address (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>Address (Number, Street, City,<br>State and ZIP Code) | Describe the contents | Do you still<br>have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☐ No
■ Yes. Fill in the details.

| Name of Storage Facility<br>Address (Number, Street, City, State and ZIP Code) | Who else has or had access<br>to it?<br>Address (Number, Street, City,<br>State and ZIP Code) | Describe the contents | Do you still<br>have it? |
|---|---|---|---|

Debtor 1    **Joshua J Zollweg**

Case number *(if known)*

| Name of Storage Facility<br>Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Uncle Bob's Self Storage**<br>**1514 Mathis Ferry Rd**<br>**Mount Pleasant, SC 29464** | **Debtor Only** | **Business Assets of Moss Construction, LLC** | ■ No<br>☐ Yes |

| Part 9: | Identify Property You Hold or Control for Someone Else |
|---|---|

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐ No

■ Yes. Fill in the details.

| Owner's Name<br>Address (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| **Moss Construction of the Lowcountry, LLC** | **Debtor's Residence** | **Miscellaneous Office Equipment and Computer Value provided is based on Appraisal by Jackson L. Cobb, SRA, CCIM The value of these assets are included in the valuation of the business assets for the Debtor's Business interest listed in Schedule A/B.** | **$1,500.00** |
| **Creighton Edward Likes, Jr** | **Debtor's Residence** | **Miscellaneous Household Furnishings loaned to Debtor's Non-Filing Spouse for use and storage** | **Unknown** |

| Part 10: | Give Details About Environmental Information |
|---|---|

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ No

☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

Debtor 1    **Joshua J Zollweg**                                                Case number *(if known)*

---

**25.** **Have you notified any governmental unit of any release of hazardous material?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and<br>ZIP Code) | Environmental law, if you<br>know it | Date of notice |
|---|---|---|---|

**26.** **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ **No**
☐ **Yes. Fill in the details.**

| Case Title<br>Case Number | Court or agency<br>Name<br>**Address** (Number, Street, City,<br>State and ZIP Code) | Nature of the case | Status of the<br>case |
|---|---|---|---|

---

**Part 11:** **Give Details About Your Business or Connections to Any Business**

**27.** **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ **No. None of the above applies. Go to Part 12.**

■ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Moss Construction, LLC<br>734 Milldenhall Rd<br>Mount Pleasant, SC 29464**<br><br>**Chris Hankins** | **Home Construction; Business<br>Ceased Operations 5/2016; Not<br>Dissolved** | EIN:    20-8617338<br><br>From-To    1/2008-Current |

**28.** **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■ **No**
☐ **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|

---

**Part 12:** **Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Joshua J Zollweg
**Joshua J Zollweg**                                        **Signature of Debtor 2**
**Signature of Debtor 1**

Date    **November 23, 2016**                        Date

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

Debtor 1    **Joshua J Zollweg**                                    Case number *(if known)*

■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Joshua J Zollweg** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 108
## Statement of Intention for Individuals Filing Under Chapter 7          12/15

If you are an individual filing under chapter 7, you must fill out this form if:

■ creditors have claims secured by your property, or

■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

**Part 1:    List Your Creditors Who Have Secured Claims**

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **ABC Supply Corp**<br><br>Description of property securing debt: **Personal Guarantee of Business Debt Chas Co Judgment 2016CP1002948** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**Judgment** | ■ No<br><br>☐ Yes |
| Creditor's name: **Branch Bank & Trust**<br><br>Description of property securing debt: **734 Milldenhall Rd Mount Pleasant, SC 29464  Charleston County Value listed in Joint** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |
| Creditor's name: **Buck Lumber**<br><br>Description of property **Business Debt** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.* | ■ No<br><br>☐ Yes |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **Joshua J Zollweg** | | | Case number *(if known)* | |
|---|---|---|---|---|---|

| property securing debt: | **Pending Lawsuits Chas Co 2016CP1003798 2016CP1004204 2016CP1004257 2016CP1004259 2016CP1004274 2016CP1004362** | ■ Retain the property and [explain]: <br><br> **Judgment** |
|---|---|---|

| Creditor's name: | **Carolina Climate Masters, LLC** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ■ Retain the property and [explain]: <br> **Judgment** | ■ No <br><br> ☐ Yes |
|---|---|---|---|
| Description of property securing debt: | **Chas Co. Judgment 2010CP1008712** | | |

| Creditor's name: | **First Citizens Bank** | ■ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: | ■ No <br><br> ☐ Yes |
|---|---|---|---|
| Description of property securing debt: | **734 Milldenhall Rd Mount Pleasant, SC 29464  Charleston County Value listed in Joint** | | |

| Creditor's name: | **First Citizens Bank** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ■ Retain the property and [explain]: <br> **Judgment** | ■ No <br><br> ☐ Yes |
|---|---|---|---|
| Description of property securing debt: | **Business Debt** | | |

| Creditor's name: | **First Citizens Bank &** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ■ Retain the property and [explain]: <br> **Judgment** | ■ No <br><br> ☐ Yes |
|---|---|---|---|
| Description of property securing debt: | **Chas Co. Judgment 2009-CP-10-8147** | | |

| Creditor's name: | **First Citizens Bank &** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ■ Retain the property and [explain]: <br> **Judgment** | ■ No <br><br> ☐ Yes |
|---|---|---|---|
| Description of property securing debt: | **Chas Co Judgment 2010CP1005470** | | |

| Creditor's name: | **Southern Lumber & Millwork Co** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* | ■ No <br><br> ☐ Yes |
|---|---|---|---|
| Description of property | **Business Debt Chas. Co. Judgment** | | |

| Debtor 1 | **Joshua J Zollweg** | Case number *(if known)* |
|---|---|---|

| property securing debt: | **2016CV10600619** | ■ Retain the property and [explain]:<br>**Judgment** |
|---|---|---|

## Part 2:    List Your Unexpired Personal Property Leases

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |

## Part 3:    Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

| X **/s/ Joshua J Zollweg** | X |
|---|---|
| **Joshua J Zollweg**<br>Signature of Debtor 1 | Signature of Debtor 2 |
| Date    **November 23, 2016** | Date |

Official Form 108                    **Statement of Intention for Individuals Filing Under Chapter 7**                    page 3

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Joshua J Zollweg |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | District of South Carolina |
| Case number (if known) | |

**Check one box only as directed in this form and in Form 122A-1Supp:**

■ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

# Official Form 122A - 1
## Chapter 7 Statement of Your Current Monthly Income

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

**Part 1:    Calculate Your Current Monthly Income**

1. **What is your marital and filing status?** Check one only.

☐ **Not married**. Fill out Column A, lines 2-11.

☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ | $ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ | $ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ | $ |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ | | |
| Ordinary and necessary operating expenses | -$ | | |
| Net monthly income from a business, profession, or farm | $ | Copy here -> $ | $ |

6. **Net income from rental and other real property**

| | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ | | |
| Ordinary and necessary operating expenses | -$ | | |
| Net monthly income from rental or other real property | $ | Copy here -> $ | $ |

| 7. | **Interest, dividends, and royalties** | $ | $ |
|---|---|---|---|

Debtor 1    **Joshua J Zollweg**                                          Case number (*if known*) _____

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

8.  **Unemployment compensation**                                                    $ _____    $ _____

Do not enter the amount if you contend that the amount received was a benefit under
the Social Security Act. Instead, list it here:

For you ................................................. $ _____

For your spouse ................................. $ _____

9.  **Pension or retirement income.** Do not include any amount received that was a     $ _____    $ _____
    benefit under the Social Security Act.

10. **Income from all other sources not listed above.** Specify the source and amount.
    Do not include any benefits received under the Social Security Act or payments
    received as a victim of a war crime, a crime against humanity, or international or
    domestic terrorism. If necessary, list other sources on a separate page and put the
    total below.

    _____    $ _____    $ _____

    _____    $ _____    $ _____

    Total amounts from separate pages, if any.          + $ _____    $ _____

11. **Calculate your total current monthly income.** Add lines 2 through 10 for
    each column. Then add the total for Column A to the total for Column B.

    $ _____  +  $ _____  =  $ _____

    Total current monthly
    income

---

| **Part 2:** | Determine Whether the Means Test Applies to You |
|---|---|

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11 ......................    **Copy line 11 here=>**    $ _____

Multiply by 12 (the number of months in a year)                                   **x 12**

12b. The result is your annual income for this part of the form            12b.    $ _____

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.    _____

Fill in the number of people in your household.    _____

Fill in the median family income for your state and size of household.      13.    $ _____
To find a list of applicable median income amounts, go online using the link specified in the separate instructions
for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a.  ☐  Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
         Go to Part 3.

14b.  ☐  Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
         Go to Part 3 and fill out Form 122A-2.

| **Part 3:** | Sign Below |
|---|---|

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

**X** /s/ Joshua J Zollweg
_____
**Joshua J Zollweg**
Signature of Debtor 1

Date  **November 23, 2016**
_____
MM / DD  / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

Fill in this information to identify your case:

Debtor 1        Joshua J Zollweg

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    District of South Carolina

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 122A - 1Supp
## Statement of Exemption from Presumption of Abuse Under § 707(b)(2)          12/15

File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 If you believe that this is required by 11 U.S.C. § 707(b)(2)(C).

| Part 1 | Identify the Kind of Debts You Have |
|---|---|

1. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 1).

   ■ No.  Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

   ☐ Yes. Go to Part 2.

| Part 2: | Determine Whether Military Service Provisions Apply to You |
|---|---|

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))?

   ☐ No.   Go to line 3.

   ☐ Yes.  Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity?
   10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

      ☐ No.   Go to line 3.

      ☐ Yes.  Go to Form 122A-1: on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

   ☐ No.   Complete Form 122A-1. Do not submit this supplement.

   ☐ Yes.  Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

      ☐ No.   Complete Form 122A-1. Do not submit this supplement.

      ☐ Yes.  Check any one of the following categories that applies:

         ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.

         ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____, which is fewer than 540 days before I file this bankruptcy case.

         ☐ **I am performing a homeland defense activity for at least 90 days.**

         ☐ **I performed a homeland defense activity for at least 90 days,** ending on _____, which is fewer than 540 days before I file this bankruptcy case.

         If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, *The Means Test does not apply now,* and sign Part 3. Then submit this supplement with the signed Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).

         If your exclusion period ends before your case is closed, you may have to file an amended form later.

## Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

    **You are an individual filing for bankruptcy,** and

    **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

    Chapter 7 - Liquidation

    Chapter 11 - Reorganization

    Chapter 12 - Voluntary repayment plan for family farmers or fishermen

    Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $75 | administrative fee |
| + $15 | trustee surcharge |
| $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

    most taxes;

    most student loans;

    domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

| | | |
|---|---:|---|
| | $1,167 | filing fee |
| + | $550 | administrative fee |
| | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|---|---|
| + | $75 | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|---|---|
| + | $75 | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

> domestic support obligations,
>
> most student loans,
>
> certain taxes,
>
> debts for fraud or theft,
>
> debts for fraud or defalcation while acting in a fiduciary capacity,
>
> most criminal fines and restitution obligations,
>
> certain debts that are not listed in your bankruptcy papers,
>
> certain debts for acts that caused death or personal injury, and
>
> certain long-term secured debts.

<div style="border:1px solid #000; background:#ccc; padding:10px;">

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

</div>

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCreditAndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of South Carolina

In re    **Joshua J Zollweg**

Debtor(s)

Case No.

Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ..................................................... $          **3,500.00**

    Prior to the filing of this statement I have received ........................................ $          **3,500.00**

    Balance Due .................................................................................................... $              **0.00**

2.  $ __**0.00**__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor          ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor          ☐ Other (specify):

5.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Retainer Agreement Available Upon Request**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **Retainer Agreement Available Upon Request**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**November 23, 2016**

*Date*

/s/ Kevin Campbell
**Kevin Campbell 0030**
*Signature of Attorney*
**Campbell Law Firm, PA**
**PO Box 684**
**Mt. Pleasant, SC 29465**
**(843)884-6874   Fax: (843)884-0997**
*Name of law firm*

---

LOCAL OFFICIAL FORM 1007-1(b) TO SC LBR 1007-1

# United States Bankruptcy Court
## District of South Carolina

In re   **Joshua J Zollweg** _____    Case No. _____
                                                    Debtor(s)         Chapter    **7** _____

## CERTIFICATION VERIFYING CREDITOR MATRIX

The above named debtor, or attorney for the debtor if applicable, hereby certifies pursuant to South Carolina Local Bankruptcy Rule 1007-1 that the master mailing list of creditors submitted either on computer diskette, electronically filed via CM/ECF, or conventionally filed in a typed hard copy scannable format which has been compared to, and contains identical information to, the debtor's schedules, statements and lists which are being filed at this time or as they currently exist in draft form.

Master mailing list of creditors submitted via:

    (a)    _____ computer diskette

    (b)    _____ scannable hard copy
(number of sheets submitted _____ )

    (c)    __**X**__ electronic version filed via CM/ECF

Date:  **November 23, 2016** _____    **/s/ Joshua J Zollweg** _____
                                                **Joshua J Zollweg**
                                                Signature of Debtor

Date:  **November 23, 2016** _____    **/s/ Kevin Campbell** _____
                                                Signature of Attorney
                                                **Kevin Campbell 0030**
                                                **Campbell Law Firm, PA**
                                                **PO Box 684**
                                                **Mt. Pleasant, SC 29465**
                                                **(843)884-6874   Fax: (843)884-0997**
                                                Typed/Printed Name/Address/Telephone

                                                **0030** _____
                                                District Court I.D. Number

84 LUMBER
704 JOHNNIE DODDS BLVD
MOUNT PLEASANT SC 29464


A. RAMOS BRICK & BLOCK
14 WESTFIELD AVE
GOOSE CREEK SC 29445


ABC SUPPLY CORP
C/O HAYS POLTOR & MARTIN
3945 HOLCOMB BRIDGE RD STE 300
NORCROSS GA 30092


ACCESS TOILETS
3753 ASHLEY PHOSPHATE RD
NORTH CHARLESTON SC 29418


ALL ABOUT GARAGE DOORS
10320 HWY 78 EAST
SUMMERVILLE SC 29483


AMERICAN RESIDENTIAL SERVICES
C/O TYLER CASSELL JACKSON PEACE & SILVER
P.O. BOX 11656
COLUMBIA SC 29211


AMEX
CORRESPONDENCE
PO BOX 981540
EL PASO TX 79998


ANCHOR CONSULTING ENGINEERS, LLC
PO BOX 61166
NORTH CHARLESTON SC 29419


BANK OF AMERICA
NC4-105-03-14
PO BOX 26012
GREENSBORO NC 27410


BB&T
PO BOX 1847
WILSON NC 27894

BIRD HARDWARE
1081 MORRISON DR
CHARLESTON SC 29403


BRANCH BANK & TRUST
PO BOX 2027
GREENVILLE SC 29602


BRANNEN POE
31 RIVERDALE
CHARLESTON SC 29407


BRIAN & CARRIE ROBINSON
1832 WEST CANNING DR
MOUNT PLEASANT SC 29466


BUCK LUMBER
1911 MAYBANK HWY
CHARLESTON SC 29412


BUIST BYARS & TAYLOR
652 COLEMAN BLVD, STE 200
MOUNT PLEASANT SC 29464


C&B ELECTRIC
PO BOX 3259
SUMMERVILLE SC 29484


CAROLINA CLIMATE MASTERS, LLC
C/O BRENDAN LANGENDORFER
PO BOX 225
CHARLESTON SC 29402


CAROLINA CUSTOM SECURITY
P.O. BOX 1784
SUMMERVILLE SC 29485


CAROLINA LANTERNS
PO BOX 317
MOUNT PLEASANT SC 29465


CHAD BESENFELDER
114 LATITUDE LN
MOUNT PLEASANT SC 29464

CHARLESTON HEATING & AIR
2201 MECHANIC ST
NORTH CHARLESTON SC 29405


CHASE BANK USA, NA
PO BOX 15298
WILMINGTON DE 19850


CHRIS & MOLLY FINN
C/O FINN BOWLING INVESTMENTS
9 LOWNDES POINT
CHARLESTON SC 29403


CHRISTINE ZOLLWEG
734 MILLDENHALL RD
MOUNT PLEASANT SC 29464


CITIBANK/BEST BUY
CENTRALIZED BANKRUPTCY/CITICORP CREDIT S
PO BOX 790040
ST LOUIS MO 63179


CLARKE DESIGN GROUP
1000 JOHNNIE DODDS BLVD STE 103-1994
MOUNT PLEASANT SC 29464


CLASSIC QUALITY PAINTS
379 FERNHOUSE WALK
MOUNT PLEASANT SC 29464


COASTAL ENGINEERING & TESTING
1279 REMOUNT RD
CHARLESTON SC 29406


COSMOS CONSTRUCTION
221 FARM RD
GOOSE CREEK SC 29445


CRAIG & LINDA RHYNE
901 SIMMONS ST
MOUNT PLEASANT SC 29464


CREIGHTON LIKES
1 KING ST
CHARLESTON SC 29401

CYNTHIA WALKER
406 ROSE WILDER LN
MOUNT PLEASANT SC 29464


DARREN & CARRIE MESSER
548 PARROT POINT DR
CHARLESTON SC 29412


DAWKINS PLUMBING
3600 BAGLEY DR
MOUNT PLEASANT SC 29466


DIXON HUGHES GOODMAN
525 E BAY STREET, SUITE 100
CHARLESTON SC 29401


DL1-DL2
BRAD DAVIS & MELISSA LENNOX
CHARLESTON SC 29403


DLV ROOFING & EXTERIORS
C/O HBS, PC
40 CALHOUN ST, STE 550
CHARLESTON SC 29401


DOUGLASS MACNEILLE
PO DRAWER 5706
HILTON HEAD ISLAND SC 29938


DR LAURA STOJANOV
411 ROSE WILDER LN
MOUNT PLEASANT SC 29464


EAGLE METALS MFG, INC.
PO BOX 6444
SPARTANBURG SC 29304


EBROS SUPPLY
PO BOX 214
ISLE OF PALMS SC 29451


ENERGY ONE AMERICA
454 JESSENS DR
CHARLESTON SC 29492

ENVIROFOAM TECH
PO BOX 631
POOLER GA 31322


FERGUSON ENTERPRISES, INC.
4711 RIVERS AVE
NORTH CHARLESTON SC 29405


FINKEL LAW FIRM
PO BOX 71727
NORTH CHARLESTON SC 29415


FIREPLACES PLUS
5104 N RHETT AVE
NORTH CHARLESTON SC 29405


FIRST CITIZENS BANK
P O BOX 29
COLUMBIA SC 29202


FIRST CITIZENS BANK
PO BOX 25187
RALEIGH NC 27611-5187


FIRST CITIZENS BANK &
ATTN: DEPT# 994019
PO BOX 29
COLUMBIA SC 29202


FIRST CITIZENS BANK &
100 E TRYON RD
RALEIGH NC 27603


GENE & JULIA SAYLORS
731 OLDE CENTRAL WAY
MOUNT PLEASANT SC 29464


GLASS ETC
PO BOX 1841
MOUNT PLEASANT SC 29465


GRAPHICALLY SPEAKING
PO BOX 1448
MOUNT PLEASANT SC 29465

HARRIET MATTHEWS
402 ROSE WILDER LN
MOUNT PLEASANT SC 29464


HARVEST ASSOCIATES I


HERON RESERVE APARTMENTS
3301 GLENN MCCONNELL PKWY
CHARLESTON SC 29414


HUGHES LUMBER & BUILDING SUPPLY CO
82 MARY ST
CHARLESTON SC 29403


I'ON TRUST CORP
OBRION'S
ATTN: CHAD
361 N SHELMORE BLVD
MOUNT PLEASANT SC 29464


IC SYSTEMS, INC
444 HIGHWAY 96 EAST
ST PAUL MN 55127


INTERNAL REVENUE SERVICE
INSOLVENCY GROUP 6
MDP 39
1835 ASSEMBLY STREET
COLUMBIA SC 29201


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
POST OFFICE BOX 21126
PHILADELPHIA PA 19114


JAIME & SALLIE DEVEAUX
263 BAMPFIELD DR
MOUNT PLEASANT SC 29464


JIM & PAIGE CALLA
944 EQUESTRIAN
MOUNT PLEASANT SC 29464

```
JIM & PEGGY HARE
415 ROSE WILDER LN
MOUNT PLEASANT SC 29464


JODY MILLIS
405 ROSE WILDER LN
MOUNT PLEASANT SC 29464


KJ APPLIANCES
PO BOX 1365
MOUNT PLEASANT SC 29465


KORN LAW FIRM, PA
PO BOX 11264
COLUMBIA SC 29211


LAURA SHAPIRO
401 ROSE WILDER LN
MOUNT PLEASANT SC 29464


LORI REYNOLDS BAYER
613 DAGGETT ST
CHARLESTON SC 29492


MARK & JANET FISH
2976 STURBRIDGE RD
MOUNT PLEASANT SC 29464


MATT & ANDREA MAKISMOWITZ
918 BAYTREE DR
MOUNT PLEASANT SC 29464


MELCER TILE
4965 DORCHESTER RD
NORTH CHARLESTON SC 29418


MICHAEL & LAUREN WHITFIELD
1064 N SHEM DR
MOUNT PLEASANT SC 29464


MICHAEL SILVER
408 ROSE WILDER LN
MOUNT PLEASANT SC 29464
```

MOLLY CONN
404 ROSE WILDER LN
MOUNT PLEASANT SC 29464


MOLUFS
530 EAST BAY ST
CHARLESTON SC 29403


MOSS CONSTRUCTION OF THE LOWCOUNTRY, LLC
734 MILLDENHALL RD
MOUNT PLEASANT SC 29464


NATURE'S CALLING
P.O. BOX 30039
CHARLESTON SC 29417


PALMETTO EXTERMINATORS, INC.
PO BOX 30325
CHARLESTON SC 29417


PARK WEST MASTER ASSOCIATION
C/O SCS 0989
PO BOX 531289
ATLANTA GA 30353


PATRIOTS DRYWALL
2131 NAD RD
CHARLESTON SC 29406


PAUL & PHILLIP O'REILLY
1520 OLD ROSE BUD TRAIL
AWENDAW SC 29429


PRAIRIE VIEW, LLC
GARY BENSON
23 FERRY LANDING LN #2415
ATLANTA GA 30305


PRO BUILD COMPANY, LLC
PO BOX 535225
ATLANTA GA 30353


R&R FOUNDATIONS
1137 BALDWIN CONNOR RD
HUGER SC 29450

```
RESIDENTIAL STRUCTURES, PC
PO BOX 1584
HARTSVILLE SC 29551


RICHARD AND HEATHER BURKE
4335 TOBACCO RD
AWENDAW SC 29429


RICHARD ZOLLWEG
40 WINCHESTER DR
ADDISON MI 49220


RLA ASSOCIATES, PA
2204 BACON'S BRIDGE RD
SUMMERVILLE SC 29485


ROB & CINDY WILSON
110 LATITUDE LN
MOUNT PLEASANT SC 29464


ROBERT A BERNSTEIN
PO BOX 20519
CHARLESTON SC 29413


ROY OLSON
409 ROSE WILDER LN
MOUNT PLEASANT SC 29464


RYAN & TRIS MILES
169 KING GEORGE ST
CHARLESTON SC 29492


SAFE BUILT
3755 PRECISIONS DR #140
LOVELAND CO 80538


SANDEEP & SIMMI ABROL
207 ITHECAW CREEK DR
CHARLESTON SC 29492


SC DEPARTMENT OF REVENUE AND TAXATION
P. O. BOX 12265
COLUMBIA SC 29211
```

SCENERGY, LLC
1502 HIDDEN BRIDGE DR
MOUNT PLEASANT SC 29464


SHAWN & JENNIFER WEINKE
506 ANN ST
MOUNT PLEASANT SC 29464


SHERWIN WILLIAMS CO
AGA
740 WALT WHITMAN RD
MELVILLE NY 11747


SMITH CLOSSER, PA
PO BOX 40578
CHARLESTON SC 29423


SOUTH CAROLINA DEPARTMENT OF REVENUE
PO BOX 12265
COLUMBIA SC 29211-2265


SOUTHERN LUMBER & MILLWORK CO
PO BOX 20039
CHARLESTON SC 29413-0039


SPITSHINE CLEANING SERVICES, LLC
188 SWEET ASYLUM DR
LADSON SC 29456


STACEY LEDBETTER
413 ROSE WILDER LN
MOUNT PLEASANT SC 29464


STAFF ZONE
1653 REMOUNT RD
CHARLESTON SC 29406


STEVE & BETSY HOPKINS
3440 HENRIETTA HARTFORD
MOUNT PLEASANT SC 29466


STEVEN L. SMITH, ESQ
PO BOX 40578
CHARLESTON SC 29423

STONO CONCRETE
PO BOX 1269
JOHNS ISLAND SC 29457


SUSAN SIMPSON
403 ROSE WILDER LN
MOUNT PLEASANT SC 29464


SWIFT FINANCIAL CORP
C/O CAPEHART SCATCHARD
8000 MIDLANTIC DR STE 3005
MOUNT LAUREL NJ 08054


SYNCHRONY BANK/CARE CREDIT
PO BOX 965064
ORLANDO FL 32896


SYNCHRONY BANK/LOWES
PO BOX 965064
ORLANDO FL 32896


TAYLOR J KING
12 GROVE ST
CHARLESTON SC 29403


TCI CHARLESTON
8302 DORCHESTER RD.
NORTH CHARLESTON SC 29418


TODD TYLER
985 LAKE VIEW DR
MOUNT PLEASANT SC 29464


TOM & TERRESSA PRIVETT
1311 OLD ROSEBUD LN
AWENDAW SC 29429


TUCKER BRANHAM
373 ASHLEY AVE
CHARLESTON SC 29403


TYLER CASSELL JACKSON PEACE & SILVER
PO BOX 11656
COLUMBIA SC 29211

USAA SAVINGS BANK
PO BOX 47504
SAN ANTONIO TX 78265


YELLOWSTONE LANDSCAPE PROFESSIONALS
PO BOX 849
BUNNELL FL 32110