

**CREEL COURT REPORTING, INC.**
1230 Richland Street
Columbia, SC 29201
**(803) 252-3445**

4/12/2017

Tax ID: 57-1016805

INVOICE NO.    17-0753

Barbara George Barton, Esquire
Barton Law Firm
1715 Pickens Street
Columbia, SC 29201

We accept:

 

| | |
|---|---|
| **RE:** Joshua J. Zollweg | 0.00 |
| C/A No. 16-05924-dd | |
| | 0.00 |
| ORIGINAL AND ONE COPY - 2004 Examination Under Oath | |
|     Joshua J. Zollweg | 700.00 |
|     Appearance Fee (4.0 hours) | 165.00 |
|     E-Transcript | 0.00 |
|     Condensed Transcript/Key Word Index | 0.00 |

**COPY**
PLEASE
Return With Payment

| | | |
|---|---|---|
| For accounts that are 90 days past due a service charge of 2.5% will be applied. | Total | $865.00 |
| After 180 days a service charge of 5.0% will be applied. | Payments/Credits | $0.00 |
| | Balance Due | $865.00 |

/ng

**THANK YOU!**
(Please return copy with remittance)

Visit Us On the Web and Book Your Upcoming Depositions Online at www.creelreporting.com